IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br>   Plaintiff, <br><br>   v. <br><br> SEATTLE IRON & METALS CORP., <br>   Defendant. | Case No. C12-1201RSM <br><br> ORDER LIFTING STAY |

On November 30, 2017, the parties filed a Joint Status Report indicating that they wished to lift the stay in this matter. Dkt. #35. The stay was originally imposed to allow for the resolution of an administrative appeal filed with the State of Washington Pollution Control Hearings Board. Dkt. #16. After years of appeals and challenges, the parties now wish to proceed with this matter after stipulating to certain findings of fact. *See* Dkt. #35. On January 17, 2018, a status conference was held and the Court indicated that the stay will be lifted in this case. Having reviewed the record, the Court finds good cause to lift the stay. Accordingly, the Court hereby ORDERS:

  1. The stay currently in place in this matter is LIFTED.

ORDER LIFTING STAY – 1

2. The parties will file Stipulated Findings of Fact and an updated joint status report by January 26, 2018, after which the Court will issue its standard scheduling order.

DATED this 22 day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER LIFTING STAY – 2