HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, )
                                 )
              Plaintiff, )
                                 )
v. )
                                 )
SEATTLE IRON & METALS, CORP., )
                                 )
              Defendant. )
_____ )

Case No. 12-01201RSM

AMENDMENT TO CONSENT DECREE

## I.    RECITALS

A.    On March 15, 2019, this Court entered a consent decree in this matter (Dkt. #84) (the "Consent Decree") by which Plaintiff Puget Soundkeeper Alliance ("Soundkeeper") and defendant Seattle Iron & Metals Corporation ("SIMC") resolved all claims that Soundkeeper had asserted in its Complaint (Dkt. #1) and Amended Complaint (Dkt. #4).

B.    Soundkeeper and SIMC desire to amend the Consent Decree as provided by Section 15 of the Consent Decree.

C.    Soundkeeper and SIMC, therefore, stipulate to the entry of this Amendment to Consent Decree without trial, adjudication, or admission of any additional issues of fact or law.

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## II.      AMENDMENT TO CONSENT DECREE

The Consent Decree is amended as follows:

1.      Section 7(b) of the Consent Decree is amended and replaced as follows:

b.      <u>730 Facility Paving and Engineering Report and Implementation</u>

i.      SIMC will conduct monthly stormwater discharge monitoring for the parameters identified in Table 1 of Administrative Order No. 13739 (Dkt. 42-23) (including PCB testing by EPA method 8082) for three years (through February 2022), except that SIMC may cease monthly monitoring for any non-PCB parameter that is not detected for twelve consecutive months of sampling.

ii.      SIMC will maintain the chitosan-enhanced sand filtration (CESF) system that was installed to replace the modular wetland treatment system on July 12, 2020.

2.      Section 7(e) of the Consent Decree is amended and replaced as follows:

e.      <u>Deduster</u>.

i.      SIMC has completed design drawings for the shredder enclosure, blower, and dust collection system (hereinafter "deduster") that meet the requirements of this section and are approved by Dr. Ranajit Sahu, the parties' joint consultant. SIMC has submitted applications for the permits that are necessary to install the deduster. (Application materials are included herein as **Attachment A**.) The deduster will address the dust from the shredding process itself and will create sufficient containment to allow a blower to create sufficient negative pressure within it to maximize the capture of dust emissions from the shredder, to the satisfaction of Dr. Sahu.

ii.      SIMC will exercise its best efforts to obtain all necessary permits for construction and installation of the deduster as soon as

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

practicable, including but not limited to promptly responding to any City of Seattle requests for corrections to the deduster permit application materials.

iii.     Within 63 weeks of the City of Seattle's issuance of the building and land use permit(s) (including, but not limited to, a shoreline substantial development permit) for the deduster, SIMC shall complete installation of the permitted deduster and put the deduster into full operation. In the event that SIMC fails to complete installation of the deduster and put the deduster into full operation within 63 weeks of permit issuance, SIMC shall pay stipulated penalties  of $1,000 per day for each day in which it violates the deadline established in this paragraph. SIMC shall pay these stipulated penalties directly to Just Health Action via payment by check to address provided in **Attachment B**. Payment must be made within 30 days of violating the deadline. In the event that SIMC violates the deadline for more than 1 day, payments may be consolidated into monthly checks paid no later than every 30 days until SIMC comes into compliance with this section.

iv.     After the deduster is installed and operational, SIMC shall not operate its auto shredder unless all components of the deduster are fully intact and fully functional, and the blower, and dust capture system are fully functional and properly maintained. In addition, from May 1, 2021 until the deduster is installed and fully operational, SIMC shall not operate its auto shredder on the following days:

- Saturday afternoons (from 12:00 PM to 12:00 AM) during the dry season (May 1 to September 30);
- Sundays during the dry season (May 1 to September 30);
- Memorial Day;

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

1

2

- Independence Day; and
- Labor Day.

3. Section 7(f) of the Consent Decree is amended and replaced as follows:

    f.    <u>Wind fences and trommel enclosure.</u>

    i.    SIMC has completed design drawings and City of Seattle permit applications for wind fences and a trommel enclosure that meet the requirements of this section and are approved by Dr. Ranajit Sahu, the parties' joint consultant.  SIMC has submitted applications for the permits that are necessary to install the wind fences and trommel enclosure, and those applications are currently pending. (Application materials are included herein in **Attachments A and C**).

    ii.    SIMC will exercise its best efforts to obtain all necessary permits for construction and installation of the wind fences and trommel enclosure as soon as practicable, including but not limited to promptly responding to any City of Seattle requests for corrections to the permit application materials.

    iii.    Within 23 weeks of the City of Seattle's issuance of the building and land use permit(s) (including, but not limited to, a shoreline substantial development permit) for the wind fences, SIMC will install the permitted wind fences. In the event that SIMC fails to install the wind fences within 23 weeks of permit issuance, SIMC shall pay stipulated penalties of $1,000 per day until the wind fences are installed. SIMC shall pay these stipulated penalties directly to Just Health Action via payment by check to address provided in Attachment B. Payment must be made within 30 days of violating the deadline. In the event that SIMC violates deadline for more than 1 day, payments may be consolidated into monthly checks paid no later than

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

every 30 days until SIMC comes into compliance with this section.

   iv.    Within 21 weeks of the City of Seattle's issuance of the building permit for the trommel enclosure, SIMC shall install the permitted trommel enclosure. In the event that SIMC fails to install the trommel enclosure within 21 weeks of permit issuance, SIMC shall pay stipulated penalties of $1,000 per day until the trommel enclosure is installed. SIMC shall pay these stipulated penalties directly to Just Health Action via payment by check to address provided in Attachment B. Payment must be made within 30 days of violating the deadline. In the event that SIMC violates deadline for more than 1 day, payments may be consolidated into monthly checks paid no later than every 30 days until SIMC comes into compliance with this section.

4.    Section 7(g) of the Consent Decree is amended and replaced as follows:

   g.    Dust emissions monitoring and corrective action.

Under the direction of Dr. Sahu and with Soundkeeper's full involvement, SIMC will design and implement the following three-phase dust monitoring regime:

   i.    Phase I:  In 2019, SIM conducted ten weeks of "background" dust monitoring at no fewer than three monitoring stations offsite, with the locations selected by Dr. Sahu. A meteorological station was maintained during the study period at the same location as in Dr. Sahu's 2018 study. Each monitoring station monitored total suspended particulate ("TSP") and PM 2.5 on a continuous basis, and also collect TSP for the duration. The collected TSP was analyzed for PCBs using Method 1668, metals, and dioxins.

   ii.    Phase II:  Starting in June of 2020,  SIMC will conduct one year of continuous dust monitoring at the following locations (1) the same

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN ST.
SEATTLE, WASHINGTON 98112
(206) 860-2883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

two locations as in Dr. Sahu's 2018 study; and (2) at least three additional locations selected by Dr. Sahu on the north, south and east fence lines of SIM's 701 Myrtle parcel.  This phase is intended to document SIMC's dust emissions prior to installation of the dust management BMPs required by Sections 7(e) and 7(f) of this Consent Decree. Each monitoring station will monitor TSP and PM 2.5 on a continuous basis and will also collect TSP for the duration. As detailed in the June 2020 Dust Monitoring Plan: Phase II, from the beginning of the Phase II monitoring through at least September 11, 2020, SIMC shall collect TSP weekly and cause it to be analyzed for PCBs using Method 1668, metals, and dioxins monthly. From September 12, 2020 through the end of the Phase II monitoring (June 15, 2021), SIMC shall composite the media and filters collected during each approximately 3-month sampling period for analysis, resulting in a total of three PCB and dioxin results at each location, one each for the sampling periods September 15 – December 15, 2020, December 15, 2020 – March 15, 2021, and March 15 – June 15, 2021. If there is an insufficient volume of dust in any sample to complete the foregoing analyses, Soundkeeper will determine the parameters to be analyzed.

       iii.     Phase III: Upon installation of all of the dust control equipment referenced in Paragraphs 7(e) and 7(f), above, SIMC will commence two years of continuous dust monitoring at the same locations monitored in Phase II. Each monitoring station will monitor TSP and PM 2.5 on a continuous basis, and will also collect TSP for the duration. SIMC shall collect the TSP and cause the collected TSP to be analyzed for PCBs using Method 1668, metals, and dioxins, as specified above for the Phase II monitoring or as otherwise directed by Dr. Sahu. This phase is intended to

AMENDMENT TO CONSENT DECREE
No. 12-01201RSM - 6

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

document SIMC's dust emissions following installation of dust management BMPs required by Sections 7(e) and 7(f) of this Consent Decree.

iv.     Correspondence: Soundkeeper and SIMC will be copied on all correspondence to and from Dr. Sahu by the other regarding dust analysis or the design of dust control measures or studies. Soundkeeper and SIMC will be notified of and permitted to participate in any substantive meetings or conference calls with Dr. Sahu relating to the dust analysis or the design of dust control measures or studies. All data from the dust monitoring studies described in this Consent Decree will be shared with Soundkeeper within seven days of it becoming available to SIMC.

v.     Website: SIMC agrees to maintain the public facing webpage (www.seairon.com/environmental-documents) and to post all data collected during each of the three phases described above within 14 days of data validation. SIMC will post copies of all final reports produced by Dr. Sahu to analyze the data on this webpage within 7 days of report finalization. SIMC will also fund production by Dr. Sahu of publicly accessible explanations and summaries using nontechnical language, and depicting data both numerically and graphically, to post on the webpage contemporaneously. SIMC also agrees to fund the translation of the reports and summaries into Spanish and Vietnamese, and to post the translated copies on the above-mentioned webpage within 7 days of translation. SIMC will pay translation costs directly to mutually acceptable translators within 14 days of invoicing.

vi.     Public Meetings: SIMC agrees to coordinate with Soundkeeper on community town hall meetings to occur annually for the duration of the Consent Decree in either Georgetown or South Park to

AMENDMENT TO CONSENT DECREE
No. 12-01201RSM - 7

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

publicize results of each phase of the dust study, and answer community questions and concerns. SIMC agrees to have at least one facility representative present at each meeting, and also agrees to fund Dr. Sahu's attendance and presentation. SIMC further agrees to fund the costs of the meeting space, language translation (Spanish and Vietnamese), production and printing of outreach materials, dinner for attendees, and onsite childcare for attendees. SIMC will pay all costs directly to mutually agreeable vendors.

       vii.      Corrective action: The data from the first dry season of the Phase III dust monitoring described above must be analyzed to determine if the controls are effective. If the controls are not effective at reducing the dust concentrations during SIMC's operating hours (during dry weather) to 10 $\mu g/m^3$, or the background level determined by Dr. Sahu based on additional data collection, and reducing PCBs to the background PCB levels determined in Phase I monitoring completed under Section 7(g)(i) of this Consent Decree (hereinafter, the "Phase I background PCB level"), SIMC must commit to enhancing the controls as follows:

       1.      If the dust controls installed at the 601 Myrtle parcel of the 601 Facility, or the 701 parcel of the 601 Facility, as measured during Phase III, are insufficient to reduce the dust concentrations during SIM's operating hours (during dry weather) to 10 $\mu g/m^3$, or the background level determined by Dr. Sahu based on additional data collection, or the PCBs are above the Phase I background PCB levels, Dr. Sahu will inspect the pertinent facility and make recommendations for appropriate improvements to address the issues. Within two months of such

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

an inspection, Dr. Sahu will issue his recommendations. SIMC must implement Dr. Sahu's recommendations before the onset of the next dry season.  If SIMC determines that one or more of the recommendations are not practicable or implementable then SIMC may invoke the dispute resolution provisions of this Consent Decree and obtain relief from Dr. Sahu's recommendations from the Court in the form of a modification to this Consent Decree.

viii.     SIMC will pay into Smith & Lowney PLLC's client trust account money sufficient to cover the cost of Dr. Sahu's work under this Consent Decree. Smith & Lowney PLLC will administer the funds to Dr. Sahu, but SIMC is solely responsible for adequately funding the trust account to cover the cost of Dr. Sahu's work and any subcontractors and laboratory costs.

ix.     SIMC will continue to maintain daily logs of dust observations and dust control efforts at the 601 Facility during the period May 1 through September 30 each year, and during extended dry periods (defined by the absence of rainfall for more than five days) during the period October 1 through April 30.  Not later than the date of entry of this Consent Decree, SIMC will begin keeping track of whether its auto shredder is operating normally and any unusual shredding activities with the potential to generate dust on the daily logs.  Log entries shall be made for all hours during which the Facility and/or the shredder operates.

x.     Not later than the date of entry of this Consent Decree, SIMC will implement a program to discourage truck traffic associated with the Facilities from using certain residential streets nearby the Facilities.

AMENDMENT TO CONSENT DECREE
No. 12-01201RSM - 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Specifically, SIMC will post the Approved and Restricted Traffic Routes map and legend, attached to this Amendment to Consent Decree as **Attachment D**, to its website, and provide copies of the map to and instruct trucks entering and exiting the Facilities to use the Approved Routes and avoid the Restricted Routes identified in Attachment D.

        xi.     SIMC will arrange a meeting with Soundkeeper, the City of Seattle, and Ecology to discuss the Filterra treatment systems in the city right-of-way abutting the north and south sides of the 601 Facility and will employ its best efforts to coordinate with the City of Seattle and Ecology regarding this issue.

5.     Section 7(h) of the Consent Decree is amended and replaced as follows:

        h.     Starting on March 15, 2019, and continuing for six years, SIMC will forward all correspondence to and from the Department of Ecology, and all documents provided to the Department of Ecology, related to the NPDES Permits, and monthly dust control logs and dust observation or complaint emails SIMC receives in the corresponding month, to Soundkeeper on a monthly basis, and provide written summaries to Soundkeeper on its progress implementing the consent decree, on a quarterly basis.  Where practicable, as in the case of structural improvements, SIMC will include photographs of tasks completed in its quarterly progress reports to Soundkeeper. SIMC will also provide Soundkeeper with electronic copies of its SWPPPs as required herein and upon request within 5 days.

6.     Section 7(i) of the Consent Decree is amended and replaced as follows:

        i.     Not later than thirty days after invoicing, SIMC will pay Soundkeeper its reasonable costs, including expert and attorneys' fees, of monitoring SIMC's compliance with this consent decree, and conferring regarding corrective actions and dispute resolution pursuant to this consent decree, in an

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

amount not to exceed $60,000 (SIXTY THOUSAND DOLLARS).

7.     Section 8 of the Consent Decree is amended and replaced as follows:

8.     Not later than thirty days after entry of this Amendment to Consent Decree, SIMC will pay $90,000 (NINETY THOUSAND DOLLARS) to Just Health Action and Seattle Parks Foundation via payments of $45,000 to each organization by check to addresses provided in **Attachments B and E** for environmental and human health benefit projects in the Duwamish River and central Puget Sound watersheds as described in Attachments B and E. Payment shall include the following reference in a cover letter or on the check: "Amendment to Consent Decree, Soundkeeper v. Seattle Iron & Metals Corps." A copy of the check and cover letter shall be sent simultaneously to Soundkeeper. Additionally, in the event that SIMC fails to install the deduster by the deadline established in Section 7(e)(iii), above, SIMC will pay an additional $10,000 to Just Health Action. In the event that SIMC further fails to install the deduster within 60 days of the deadline established in Section 7(e)(iii), above, SIMC will pay an additional $15,000 to Just Health Action. These contingent payments are in addition to any stipulated penalties required by Section 7(e)(iii), above.

8.     Section 13 of the Consent Decree is amended and replaced as follows:

13.     This Consent Decree takes effect upon entry by the Court. It terminates on March 15, 2026.

9.     The contact information for SIMC in Section 17 of the Consent Decree is amended as follows:

Smith & Lowney, p.l.l.c.
2317 East John St.
Seattle, Washington 98112
(206) 860-2883

**if to Seattle Iron & Metals Corp.**:

Matthew Stock
JOYCE ZIKER PARTNERS, PLLC
1601 Fifth Avenue, Suite 2040
Seattle, WA 98101
Email: mstock@jzplaw.com

10.     Except as specifically amended by this Amendment to Consent Decree, the terms
and conditions of the Consent Decree (Dkt. #84) remain in full force and effect.


DATED this 30th day of October, 2020.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE








*Presented by:*

JOYCE ZIKER PARTNERS, PLLC          Smith & Lowney PLLC


By: */s/ Matthew Stock*                       By: */s/Claire E. Tonry*
Matthew J. Stock, WSBA No. 40223      Richard A. Smith, WSBA No. 21788
Attorneys for Defendant SIMC              Claire E. Tonry, WSBA No. 44497
                                                        Attorneys for Plaintiff Soundkeeper

# Attachment A

# City of Seattle
## Department of Construction and Inspections (Seattle DCI)
# PLAN COVERSHEET
*Updated 01/01/16*

INSTRUCTIONS: Complete all areas of sections 1 - 7 that pertain to your project. Please note that sections 8 - 14 are to be completed by Seattle DCI staff.
*Mac users fill out this form with Acrobat not Reader*

## 1. APPLICANT INFORMATION

PROJECT ADDRESS _____ PROJECT # _____

DESCRIPTION OF WORK _____

OWNER _____ ADDRESS _____

PHONE _____ E-MAIL _____

CONTACT PERSON _____ ADDRESS _____

PHONE _____ FAX _____ E-MAIL _____

PREVIOUS RELATED MUPs _____

RELATED STANDARD PLANS _____

## 2. LAND USE CODE INFORMATION

ZONE _____ ASSESSOR'S PARCEL NO _____ DESIGN REVIEW? ☐ Yes ☐ No

OVERLAY ZONING _____ If yes, please provide:

Planner _____

HISTORIC OR LANDMARK DISTRICT _____ Planner's phone no. _____

SHORELINE ZONE _____ ☐ Exempt ☐ Requires Shoreline review

SEPA _____ ☐ Exempt ☐ Requires review

EXISTING USE _____ SQ. FT. _____ PROPOSED USE _____ SQ. FT. _____

DEPARTMENT OF NEIGHBORHOODS CERTIFICATE OF APPROVAL REQUIRED? ☐ Yes ☐ No

STREET/ALLEY IMPROVEMENTS OR WORK IN THE RIGHT OF WAY REQUIRED? ☐ Yes ☐ No

PARKING SPACES

Existing ☐ Onsite ☐ Offsite ☐ Accessible

Proposed ☐ Onsite ☐ Offsite ☐ Accessible

Offsite Location _____

NUMBER OF DWELLING UNITS

Existing _____ Proposed New _____

Demolished _____ Live/Work _____

TOTAL _____

## 3. HOUSING UNIT OCCUPANCY

*DEFINITION: Housing unit means any dwelling unit, guest room, dormitory, or single room occupancy unit, and may include a residential unit in a commercial building, an artist's studio dwelling unit, or a live/work unit.*

CHECK ONLY ONE BOX BELOW TO INDICATE HOUSING OCCUPANCY AT DATE OF PERMIT APPLICATION.

☐ Unit(s) unoccupied

☐ Unit occupied by property owner

☐ No units on property

☐ Unit(s) on property not affected by permit

☐ Unit(s) occupied by residential tenant

☐ Do not know.

☐ Refer to property owner/tenant assistance

I certify, under penalty of perjury under the laws of the State of Washington, that the above information is true and correct.

Owner/Applicant Signature _____ Printed Name _____ Date _____ Place _____

## 4. GROUND DISTURBANCE

GROUND DISTURBANCE ☐ Yes ☐ No   Excavation - cubic yards _____ Maximum height _____

DISPOSAL SITE ☐ Outside City of Seattle   Fill - cubic yards _____ Maximum height _____

☐ Inside City of Seattle

Address and/or permit # _____

Erosion control is required PRIOR to any ground disturbance. Please refer to Construction Stormwater Control and Soil Amendment Standard Plan

### CUSTOMER ALERT!

**Site Inspection Required Prior to First Ground Disturbance - Call (206) 684-8950**
Seattle DCI site inspection is required prior to any ground disturbance related to this permit, including clearing, grubbing or grading.

**Preconstruction Conferences, When Required - Call (206) 684-8950**
A Seattle DCI preconstruction conference should be scheduled prior to beginning work. A conference is required for the following types of work:
1. When any special inspections are indicated on the plan
2. When special drainage or erosion conditions are indicated on the plan
3. When a Seattle DCI plans examiner specifies pre-phase unusual or complex inspection or occupancy requirements

**Rules for Use Grounds - Call (206) 684-5383**
If you have any questions or concerns regarding the rules (2005 NEC) for installation of utility grounds, please contact Seattle DCI's Electrical Technical Backup
Monday - Friday, 7:00 a.m. to 4:30 p.m.

**Required SDOT Permits and Inspections**
Street Tree Inspections
Protection and/or planting/pruning/removal of street trees requires Seattle Department of Transportation (SDOT) inspection and approval. Call prior to construction - Commercial/Multifamily Zones, (206) 684-5253; Single Family Zones, (206) 684-7587
Street Use Permits  Call prior to construction: (206) 684-5283

**Water Service Inspection by SPU Required**
All water service piping on property must be inspected prior to backfilling trench. For information and inspection, call Seattle Public Utilities (SPU) at (206) 684-5800. For water quality backflow protection information and inspection, call SPU at (206) 684-3648.

**Waste Diversion Report to be submitted to SPU** - Projects >750 square feet must submit a Waste Diversion Report to SPU within 60 days of DCI project final inspection approval. For information and submittal document, visit: http://www.seattle.gov/util/ForBusinesses/Construction/C/WasteManagement/RecyclingRequirements/WasteDiversionReport/index.htm

## 5. BUILDING CODE INFORMATION

MULTIPLE BUILDINGS IN THIS PROJECT?
If yes, fill out separate sheets and attach.   Shown on plan sheet: _____

PROVIDE THIS INFORMATION FOR EVERY BUILDING IN YOUR PROJECT

DCI building ID: _____ (see building data sheet)

Existing # of above-grade stories _____ Proposed # of above-grade stories _____

Existing # of below-grade stories _____ Proposed # of below-grade stories _____

Building code type of construction _____

CODE USED FOR DESIGN (select one)
☐ 2015 Seattle Building Code
☐ 2015 Seattle Residential Code
☐ 2015 SBC (struct) and 2015 SRC (arch)

Mezzanines? ☐ Yes ☐ No

Location _____

| FLOOR LEVEL | GROUP | OCCUPANCY/USE | FLOOR AREA | SPRINKLER (Y/N) | OTHER FIRE PROTECTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remodel: Construction project value $ _____

☐ Sprinklers ☐ NFPA 13 ☐ NFPA 13 R ☐ Partial system ☐ Fire alarm ☐ Other system Type _____

Change of occupancy ☐ Yes ☐ No   From _____ To _____

Existing occupancy _____

Posted occupancy _____

EMERGENCY SYSTEMS PROVIDED

☐ Elevator pressurization ☐ Exit and pathway lighting ☐ Stairway pressurization ☐ Smoke removal system ☐ Emergency generator

## 6. ENERGY/MECHANICAL CODE

☐ HVAC mechanical system is NOT included with this application (if mechanical drawings are included with plans, please stamp "for reference only")
☐ HVAC mechanical system IS included with this application   Mechanical System Value$ _____

GENERAL PROJECT INFORMATION

SCOPE OF CONSTRUCTION
☐ New construction ☐ Addition ☐ Alteration ☐ Substantial alteration (SBC CH 34)

APPLICABLE OCCUPANCY
☐ Single-family/duplex/townhouse ☐ Multi-family 1-3 stories ☐ Multi-family 4+ stories ☐ Non-residential

| BUILDING ENVELOPE COMPLIANCE | HEATED | SEMI-HEATED | UNHEATED |
|---|---|---|---|
| ☐ Existing - no change | | | |
| ☐ Existing envelope - altered | | | |
| ☐ New envelope | | | |

SCOPE OF MECHANICAL WORK
_____

LOCATION OF DUCTWORK OR MECHANICAL EQUIPMENT
☐ Interior ☐ Exterior ground mounted ☐ Rooftop ☐ Exterior wall mounted

MECHANICAL-ONLY PERMIT
Related building permit project # _____

COMMERCIAL BUILDINGS (Non-residential, R1 buildings, and Multi-family four stories and greater)
COMPLIANCE PATH:
☐ Prescriptive ☐ Component Performance (TBP) ☐ Target performance path (TPP)
SEC C402.1.1 ☐ SEC C407 ☐ SEC C402.1.5

OTHER MECHANICAL EQUIPMENT INCLUDED IN THIS APPLICATION
☐ Commercial kitchen hood exhaust system ☐ Fume hood ☐ Spray paint booth ☐ Other   Specify: _____

RESIDENTIAL BUILDINGS (Single family, duplex, townhouse, and multi-family 3 stories or less)
COMPLIANCE PATH:
☐ Prescriptive ☐ Total UA alternative ☐ Simulated performance alternative
Heating Equipment _____
Heating Size _____ Maximum Size _____ Energy Credit (Table R406.2) Option: _____

DOCUMENTS INCLUDED
☐ Residential equipment sizing calc (and/or calc) ☐ Non-residential cooling and heating load (for other than Grp R) ☐ Commercial kitchen hood worksheet
☐ Structural load calculation (for mechanical equipment) ☐ Structural load calculation (for mechanical equipment) ☐ Commercial kitchen hood worksheet
☐ TBP or TPP Report ☐ Noise compliance report (for commercial equipment) ☐ Other _____

## 7. PRIORITY GREEN
### (www.seattle.gov/dci/prioritygreen)

Prior approval to participate in Priority Green is required. The following does not establish Priority Green status.

PRIORITY GREEN EXPEDITED
Screening required prior to building permit intake appointment.
Rating anticipated:
☐ Built Green
☐ 4 star
☐ 5 star
☐ LEED
☐ Gold
☐ Platinum
☐ Seattle DCI Alternative Path for Single Family
☐ Using 3-5 credits for SEC Table 9-1

PRIORITY GREEN FACILITATED
Screening required prior to building permit or MUP intake appointment.
Rating anticipated:
☐ Priority Green Building Matrix - 10 points
☐ Living Building Challenge
☐ Built Green 5 Star + 2030 Challenge
☐ LEED Platinum + 2030 Challenge
Other:
☐ Target Performance Path Compliance Method

## 8. LAND USE CONDITIONS (Seattle DCI staff use only)

Assigned planner _____ Phone _____

## 9. SPECIAL INSPECTIONS (Seattle DCI staff use only)

NEW CURB CUT REQUIRED ☐ Yes ☐ No ☐ Residential ☐ Commercial

## 10. DRAINAGE & SEWER REVIEW (Seattle DCI staff use only)

SEATTLE DCI SEWER AND DRAINAGE REVIEW DESK: (206) 684-5362 or sidsewerinfo@seattle.gov

DRAINAGE REVIEW REQUIRED? ☐ Yes ☐ No
☐ Flow control required
☐ Impervious surface this project (new or replaced) in sq. ft _____

NOTE: The drainage system shown in these plans may be changed at the time of side sewer permit issuance to meet standard plans and methods.

SIDE SEWER REVIEW REQUIRED? ☐ Yes ☐ No
☐ No conflict with side sewer
☐ Construction conflicts with applicant's side sewer. Contact Public Health Department at (206) 233-7914
☐ Construction conflicts with side sewer serving another property. Contact Seattle DCI Sewer and Drainage Review Desk at (206) 684-5362

Reviewed by _____ Date _____

NOTE: A separate side sewer permit is required from Seattle DCI for ALL new drainage and sewer installations. For more information, call the Sewer and Drainage Review Desk at (206) 684-5362 or sidsewerinfo@seattle.gov.

## 11. ENVIRONMENTALLY CRITICAL AREAS INFO (Seattle DCI staff use only)

ENVIRONMENTALLY CRITICAL AREAS (ECA)
☐ Site is not located in ECA
☐ Mapped ECA designation ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11
☐ ECA identified by pre-application site visit report as _____
☐ ECA exemption (see review details in Hansen)

Reviewed by _____ Date _____
☐ Denied ☐ Granted   Type _____
☐ Small project waiver

New development coverage this permit (sq. ft.) _____

Previous development coverage (after 10/31/92)   Permit # _____ Sq. ft. _____
Permit # _____ Sq. ft. _____

## 12. SHOP DRAWINGS, KEY AREA INSPECTION & BUILDING CONDITIONS (Seattle DCI staff use only)

Sprinkler drawings ☐ NFPA 13 ☐ NFPA 13 R ☐ Partial system   Location _____ ☐ Fire alarm
required for:
Required shop drawings/ key area inspections: _____

## 13. PERMIT ISSUANCE AUTHORIZATION
### (Seattle DCI staff use only)

| REVIEW LOCATION | APPROVAL INITIALS | DATE | NOTES |
|---|---|---|---|
| ZONING (incl. street improvements) | | | |
| CURB CUT | | | |
| ORDINANCE | | | |
| STRUCTURAL | | | |
| ENERGY | | | |
| MECHANICAL | | | |
| DRAINAGE | | | |
| ECA | | | |
| GRADING | | | |
| WATER (SPU) | | | |
| FIRE | | | |
| HEALTH (King County) | | | |
| NOISE | | | |
| CONVEYANCE/ELEVATOR | | | |
| SHORING (SDOT) | | | |
| STREET IMPROVEMENT (SDOT) | | | |
| PARKS | | | |
| PROTECTED DISTRICTS (DON) | | | |
| SEPA EXEMPTION | | | |
| LAND USE | | | |

## 14. DEPARTMENT SIGN OFFS (Seattle DCI staff use only)

ISSUED BY _____ DATE _____

BUILDING PLANS EXAMINER _____ MECHANICAL PLANS EXAMINER _____ DATE RECEIVED AT INTAKE _____

# SEATTLE IRON & METALS

## DUST CONTROL IMPROVEMENTS

### NE SECTION 29, TOWNSHIP 24 NORTH, RANGE 4 EAST, W.M.

## OWNER

SHALMAR 08, LLC
SEATTLE IRON & METALS CORP.
601 S. MYRTLE STREET
SEATTLE, WA 98108
(206) 682–0040
CONTACT: ALAN SIDELL

## CONSULTANTS

CIVIL AND STRUCTURAL ENGINEER:
KPFF CONSULTING ENGINEERS
2407 NORTH 31ST STREET, SUITE 100
TACOMA, WA. 98407
(253) 396–0150
CONTACT: IAN FRANK



## SEATTLE IRON & METALS CORP.



SITE

VICINITY MAP
N.T.S.

## PROJECT DATA

| BENCHMARKS | HORIZONTAL DATUM: NAD 83/91<br>VERTICAL DATUM: NAVD 88 (ADD 2.99 TO ELEVATIONS TO OBTAIN MLLW)<br>BENCHMARK: CITY OF SEATTLE BRASS CAP STAMPED "C OF S 5410" SET IN SW<br>CORNER OF 4.6' TALL PLANTER BOX ATTACHED TO THE SW CORNER OF US WEST<br>BUILDING AT THE NE CORNER OF THE INTERSECTION OF E MARGINAL WAY S AND<br>CORSON AVE. S.            ELEVATION = 22.333 NAVD88 |
|---|---|
| SITE<br>ADDRESS | 601 S. MYRTLE STREET |
| ZONING | IG1, U85, UI |

## DRAWING INDEX

| SHEET NO. | DRAWING TITLE |
|---|---|
| G1.0 | COVER SHEET |
| G1.1 | LEGEND & ABBREVIATIONS |
| C1.0 | OVERALL SITE PLAN |
| C2.0 | CIVIL SITE PLAN |
| C3.0 | CIVIL DETAILS |
| C3.1 | CIVIL DETAILS |
| S1.0 | STRUCTURAL NOTES |
| S2.0 | STRUCTURAL SITE PLAN |
| S3.0 | DE-DUSTING EQUIPMENT FOUNDATION |
| S4.0 | WIND SCREEN 1 PLAN AND SECTION |
| S4.1 | WIND SCREEN 2 PLAN AND SECTION |
| S4.2 | WIND SCREEN 3 PLAN AND SECTION |
| S5.0 | STRUCTURAL DETAILS |

## LEGAL DESCRIPTION

PARCEL A: #2136200706:

DUWAMISH INDUSTRIAL ADD PORS OF NE 1/4 OF SW 1/4 & OF SE 1/4 OF NW 1/4 STR 29–24–4 TGW POR OF ABANDONED BED OF DUWAMISH RVR LY IN SD 1/4 SECS TGW POR VAC & ORCHARD ST PER ORD #50034 TGW POR VAC'S GARDEN ST POR ORD # 112815 REC #8605150946 TGW PORS OF LOTS 9 & 10 BLK 7 & TRS 21 THRU 23 SD PLAT DAF – BEG AT S QTR SEC COR OF SD SEC 29 TH N 00–57–26 E ALG THE CENTER LN OF SD SEC 29 A DIST OF 2256.41 FT TAP ON N MGN OF S GARDEN ST AS DEDICATED IN SD PLAT SD PT BEING THE TPOB TH W ALG SD MGN 353.23 FT TH S 00–00–00 E A DIST OF 60.00 FT TH W ALG THE S MGN OF GARDEN ST PROJECTED 418.36 FT TAP ON ELY MGN OF CWW DIST NO 1 TH N 43–32–00 W ALG SD ELY MGN 717.91 FT TAP ON S MGN OF S MYRTLE ST PROD MLY AS DEEDED TO CITY OF SEATTLE BY DEED UNDER NO 8333369 TH S 89–59–17 E ALG SD S MGN 228.47 FT TH N 63–10–07 E A DIST OF 88.58 FT TO C/L OF S MYRTLE ST TH S 48–57–17 E A DIST OF 60.93 FT TO S MGN OF S MYRTLE ST PROD WLY & THE NW COR OF A TRACT OF LAND DEEDED UNDER NO 2733678 TH S 89–59–17 E ALG SD S MGN 581.76 FT TO WLY MGN OF 7TH AVE S TH S 00–00–43 W ALG SD W MGN 259.87 FT TO S MGN OF S ORCHARD ST TH CONT S 00–00–43 W A DIST OF 70.71 FT TH W A DIST OF 22.76 FT TH S 00–03–53 W A DIST OF 124.71 FT TAP THAT IS 5.00 FT N OF N MGN OF S GARDEN ST TH E ON A LN THAT IS PLW SD N MGN 401.93 FT THE E LN OF W 10.00 FT OF LOT 9 BLOCK 7 OF SD PLAT TH S 00–08–57 E ALG SD E LN 5.00 FT TO N MGN OF S GARDEN ST TH W A DIST OF 48.28 FT TO THE TPOB – AKA PARCEL B OF SEATTLE LOT BOUNDARY ADJUSTMENT NO 8708120 REC NO 8809140174 — FORMERLY KNOWN AS A POR OF PARCEL A OF SEATTLE LLA NO 8600523 REC NO 8606171413

PARCEL B: #2924040089:

PORS OF ABANDONED BEDS OF DUWAMISH RIVER LY WITHIN NE 1/4 OF SW 1/4 STR 29–24–04 TGW THOSE PORS OF TRACTS 19 & 20 OF DUWAMISH INDUSTRIAL ADD DAF – BEG A S 1/4 SEC COR OF SD SEC 29 TH N 00–57–56 E ALG THE C/L OF SD SEC 29 A DIST OF 1976.47 FT TAP ON N MGN OF S OTHELLO ST AS DEDICATED IN SD PLAT TH N 89–58–57 W ALG SD R/W 477.56 FT TO SW COR OF SD TRACT 20 AND THE TPOB TH S 20–44–33 E A DIST OF 53.47 FT TO NW COR OF TRACT 19 OF SD PLAT TH S 10–03–29 W A DIST OF 38.93 FT TO ELY MGN OF CWW DIST NO 1 AND THE MOST MLY COR OF TRACT 16 TH N 49–00–00 W ALG SD ELY MGN 65.71 FT TAP OF NXN OF CWW DIST NO 1 MONS TH CONT ALG SD ELY MGN N 43–32–00 W A DIST OF 365.49 FT TO S LN  OF S GARDEN ST PROJECTED MLY TH ALG SD PROJECTION LN AND THE S MGN OF S GARDEN ST AND THE N LN OF SD TRACTS 19 & 20 E A DIST OF 369.87 FT TAP ON A LN THAT IS 700.00 FT W OF AND PLW THE E LN OF TRACT 17 OF SD PLAT TH S 00–08–57 E A DIST OF 219.78 FT TO N MGN OF S OTHELLO ST AND THE S LN OF SD TRACT 20 TH N 89–58–57 W A DIST OF 8124 FT ALG SD MGN TO THE TPOB – AKA PARCEL A OF SEATTLE LOT BOUNDARY ADJUSTMENT NO 8708120 REC NO 8809140174.

## PROJECT DESCRIPTION

THE WORK INCLUDES CONSTRUCTION OF CONCRETE FOUNDATIONS TO SUPPORT A DEDUSTER SYSTEM AND SUPPORTS FOR WIND SCREEN. THE FRAMING AND DEDUSTING SYSTEM WILL BE DESIGNED BY THE DEDUSTING MANUFACTURER. THE WIND SCREEN SYSTEM WILL BE DESIGNED BY THE WIND SCREEN MANUFACTURER.



kpff

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|---|---|---|---|
|  |  |  |  |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

**COVER SHEET**

| DRAWN: | TRL | PROJECT NO.: 1900195 |
|---|---|---|
| DESIGN: | KCP | SCALE: AS SHOWN |
| CHECKED: | IDF | DATE: 8/10/2020 |
| DRAWING NO. | | **G1.0** |
| SHEET NO. | | 01 of 13 |

# ABBREVIATIONS

| | | | | | |
|---|---|---|---|---|---|
| # | NUMBER | FH | FIRE HYDRANT | PSI | POUNDS PER SQUARE INCH |
| Ø | DIAMETER | FIN | FINISH | PT | POINT or POINT OF TANGENCY |
| @ | AT | FL | FLOW LINE or FLANGE | PVC | POLYVINYL CHLORIDE OR |
| AB | AGGREGATE BASE | FLGD | FLANGED JOINT | | POINT OF VERTICAL CURVE |
| AC | ASPHALT CONCRETE | FM | FORCE MAIN | PVI | POINT OF VERTICAL INTERSECTION |
| ACI | AMERICAN CONCRETE INSTITUTE | FS | FINISHED SURFACE | PVMT | PAVEMENT |
| ACP | ASBESTOS CONCRETE PIPE OR | FSM | FIRE SERVICE METER | R | RIDE OR RADIUS |
| | ASPHALTIC CONCRETE PAVEMENT | FT | FOOT, FEET | R/W OR ROW | RIGHT OF WAY |
| ADDL | ADDITIONAL | FTG | FOOTING | RCP | REINFORCED CONCRETE PIPE |
| ADJ | ADJACENT | GAL | GALLON | RD | ROAD |
| ADMIN | ADMINISTRATION | GALV | GALVANIZED | REF | REFERENCE |
| AGGR | AGGREGATE | GIS | GEOGRAPHIC INFORMATION SYSTEM | REINF | REINFORCE OR REINFORCING |
| AGPI | ABOVE GROUND PRE-INSULATED | GPS | GLOBAL POSITIONING SYSTEM | REQ'D | REQUIRED |
| ALT | ALTERNATE | GV | GATE VALVE | RH | RIGHT HAND |
| ANSI | AMERICAN NATIONAL STANDARDS INSTITUTE | H or HORIZ | HORIZONTAL | RP | RADIUS POINT |
| APP or APPVD | APPROVED | HAZMAT | HAZARDOUS MATERIALS | RR | RAILROAD |
| APPROX | APPROXIMATE | HDPE | HIGH DENSITY POLYETHYLENE | RT. | RIGHT |
| APWA | AMERICAN PUBLIC WORKS ASSOCIATION | HMA | HOT MIX ASPHALT | S | SLOPE OR SOUTH |
| AREA | AMERICAN RAILWAY ENGINEERING ASSOCIATION | HORIZ | HORIZONTAL | SD | STORM DRAIN |
| AREMA | AMERICAN RAILWAY ENGINEERING  MAINTENANCE | HSS | HIGH STRENGTH STEEL | SDR | STANDARD DIMENSION RATIO |
| | OF WAY ASSOCIATION | HSSD | HIGH STRENGTH STORM DRAIN | SDMH | STORM DRAIN MANHOLE |
| ASTM | AMERICAN SOCIETY FOR TESTING AND MATERIALS | HT | HEIGHT | SE | SOUTH-EAST |
| AVG | AVERAGE | ID | INSIDE DIAMETER | SECT | SECTION |
| AWS | AMERICAN WELDING SOCIETY | IE | INVERT ELEVATION | SHT | SHEET |
| AWWA | AMERICAN WATER WORKS ASSOCIATION | IN | INCH | SIM | SIMILAR |
| B/ | BOTTOM OF | INCL | INCLUDE | SPECS | SPECIFICATIONS |
| BFP | BACKFLOW PREVENTER | IP | IRON PIPE | SQ | SQUARE |
| BFO | BURIED FIBER OPTIC | IR | INDUSTRIAL REMEDIATION | SF | SQUARE FEET |
| BLDG | BUILDING | JB | JUNCTION BOX | SSMH | SANITARY SEWER MANHOLE |
| BM | BENCH MARK or BEAM | JS | JUNCTION STRUCTURE | STA | STATION |
| BMP or BMP'S | BEST MANAGEMENT PRACTICES | JT | JOINT | STD | STANDARD |
| BNSF | BURLINGTON NORTHERN SANTA FE | KIP(S) | KILOPOUND(S) | STL | STEEL |
| BOP | BOTTOM OF PIPE | L | LENGTH | SW | SOUTHWEST |
| BOT | BOTTOM | LAT | LATERAL | SYM | SYMMETRIC or SYMBOL |
| BRG | BEARING | LB | POUND | T/ | TOP OF |
| BRZ | BRONZE | LF | LINEAL FOOT | TB | THRUST BLOCK |
| BTW or BTWN | BETWEEN | LH | LEFT HAND | TBM | TEMPORARY BENCH MARK |
| BV | BALL VALVE | LIN | LINEAL or LINEAR | TESC | TEMPORARY EROSION AND |
| CY | CONTAINER YARD OR CUBIC YARD | LOL | LAYOUT LINE | | SEDIMENTATION CONTROL |
| C/L | CENTERLINE | MAX | MAXIMUM | TF | TRACK FEET |
| CAB | CRUSHED AGGREGATE BASE | MH | MANHOLE | T&B | TOP AND BOTTOM |
| CB | CATCH BASIN | MHHW | MEAN HIGHER HIGH WATER | TO | TURNOUT |
| CC | CENTER TO CENTER | MHW | MEAN HIGH WATER | TOB | TOP OF BANK |
| CF | CUBIC FEET | MIN | MINIMUM | TOS | TOP OF SLOPE |
| CFS | CUBIC FEET PER SECOND | MISC | MISCELLANEOUS | TOP | TOP OF PIPE |
| CIP | CAST IRON PIPE | MJ | MECHANICAL JOINT | TOR | TOP OF RAIL |
| CL | CENTER LINE or CLASS | MLLW | MEAN LOWER LOW WATER | TPU | TACOMA PUBLIC UTILITIES |
| CLF | CHAIN LINK FENCE | MLW | MEAN LOW WATER | TW | TOP OF WALL |
| CLR | CLEAR or CLEARANCE | MSP | MANUAL OF STANDARD PRACTICE | TYP | TYPICAL |
| CMP | CORRUGATED METAL PIPE | MUTCD | MANUAL OF UNIFORM TRAFFIC CONTROL | UL | UNDERWRITERS LABORATORY |
| CO | CLEAN OUT | | DEVICES | UNO | UNLESS NOTED OTHERWISE |
| CONC | CONCRETE | N | NORTH or NORTHING | UV | ULTRA-VIOLET |
| CONT | CONTINUE or CONTINUOUS | NE | NORTHEAST | V | VERTICAL |
| CONT'D | CONTINUED | NG | NATURAL GAS | VAR | VARIABLE or VARIES |
| COORD | COORDINATE | NIC | NOT IN CONTRACT | VC | VERTICAL CURVE |
| COUP | COUPLING | NO | NUMBER | VCP | VITRIFIED CLAY PIPE |
| CPT | CONE PENETROMETER TEST | NON-POT | NON-POTABLE | VERT | VERTICAL |
| CRSI | CONCRETE REINFORCING STEEL INSTITUTE | NPT | NATIONAL PIPE THREAD | W | WATER, WEST, WIDTH |
| CSBC | CRUSHED SURFACING BASE COURSE | NPW | NON-POTABLE WATER | W/ | WITH |
| CSG | CASING | NTS | NOT TO SCALE | W/O | WITHOUT |
| CSTC | CRUSHED SURFACING TOP COURSE | NW | NORTHWEST | WHS | WELDED HEADED STUD |
| CTR | CENTER | O2 | OXYGEN | WM | WATER METER |
| Dc | DEGREE OF CURVATURE | OC | ON CENTER | WOIL | WASTE OIL |
| DIA | DIAMETER | OD | OUTSIDE DIAMETER | WWAY | WALKWAY |
| DIAG | DIAGONAL | ORT | OIL RETENTION TANK | XO | CROSSOVER |
| DIM | DIMENSION | OVH | OVERHEAD | XS | EXTRA STRONG |
| DIP | DUCTILE IRON PIPE | OHWL | ORDINARY HIGH WATER LINE | | |
| DWG | DRAWING | P/L or PL | PROPERTY LINE | | |
| DWY | DRIVEWAY | PB | PULL BOX | | |
| E | EAST or EASTING | PC | POINT OF CURVATURE | | |
| EA | EACH | PCC | PORTLAND CEMENT CONCRETE | | |
| EG | EXISTING GRADE | PERF | PERFORATED | | |
| EL or ELEV | ELEVATION | PERP | PERPENDICULAR | | |
| ELEC or ELECT | ELECTRICAL | PG | PERFORMANCE GRADE | | |
| ENGR | ENGINEER | PI | POINT OF INTERSECTION | | |
| EP | EDGE OF PAVEMENT | PJ | PUSH-ON JOINT | | |
| EQ | EQUAL | PNT | POINT | | |
| ES | ELECTRICAL SUBSTATION or EACH SIDE | POT | PORT OF TACOMA | | |
| ETC | ET CETERA | PP | POWER POLE | | |
| EX or EXIST | EXISTING | PR | PRESSURE RATING | | |
| EXP JT | EXPANSION JOINT | PRESS RED | PRESSURE REDUCER | | |
| FDN | FOUNDATION | PROP | PROPOSED | | |
| FF | FINISH FLOOR | PRV | PRESSURE REDUCING VALVE | | |
| FG | FINISH GRADE | PRVS | PRESSURE RELIEF VALVE | | |
| | | PSF | POUNDS PER SQUARE FOOT | | |
| | | PS | POINT OF SWITCH | | |

# LEGEND

| | |
|---|---|
| B01 | SITE LOCATION POINT |
| | CONCRETE PAVEMENT |
| | HMA PAVEMENT |
| | EX PAVEMENT TO REMAIN |
| | PRECAST CONCRETE TRACK PANEL |
| | DEMOLISH PAVEMENT |
| | EXISTING RAIL |
| | DEMOLISH TRACK |
| | EXISTING TRACK ₵ |
| | WATER LINE |
| | COMPRESSED AIR LINE |
| | SANITARY SEWER LINE (BURIED) |
| | SEWER DISCHARGE POINT |
| | ORT DISCHARGE POINT |
|  | REMOVABLE CONCRETE PIPE BOLLARD |
| | PROJECT LIMITS |
| | TRENCH DRAIN |
| | EDGE OF ASPHALT |
| | WALL |
| | ELECTRICAL METER |
| | ELECTRICAL CABINET |
| | TRANSFORMER |
| | LIGHT J-BOX |
| | OVERHEAD LIGHT |
| | STORM CLEAN OUT |
| | WATER VAULT |
| | UNKNOWN UTILITY VAULT |
| | RAILROAD MANUAL SWITCH/NUMBER |
|  | RAILROAD FROG |



2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|---|---|---|---|

**SEATTLE IRON AND METALS**
**DUST CONTROL IMPROVEMENTS**

**LEGEND AND ABBREVIATIONS**

| | | | |
|---|---|---|---|
| DRAWN: | TRL | PROJECT NO: | 1900195 |
| DESIGN: | KCP | SCALE: AS SHOWN | |
| CHECKED: | IDF | DATE: 8/10/2020 | |
| DRAWING NO: | | | |
| **G1.1** | | | |
| SHEET NO. | **02** OF **13** | | |



NOTES:

1.  PROPERTY ADDRESS(ES):
    PARCEL NUMBER 2924049089 — 620 S OTHELLO STREET
    PARCEL NUMBER 2136200706 — 601 S MYRTLE STREET

2.  PROPERTY OWNER:   SHALMAR GROUP
                      601 S MYRTLE STREET
                      SEATTLE, WA  98108

3.  PROPERTY BOUNDARY INFORMATION TAKEN FROM A SURVEY BY BUSH ROED
    AND HITCHINGS TITLED "ACSM/ALTA LAND TITLE SURVEY — SEATTLE IRON &
    METALS" DATED 03/1998, REVISED 12-21-1998.

4.  ALL IMPROVEMENTS SHOWN ARE EXISTING UNLESS OTHERWISE NOTED.

5.  LEGAL DESCRIPTIONS TAKEN FROM KING COUNTY ASSESSMENT RECORDS.

**SITE PLAN**
SCALE: 1:50

## kpff
2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150   Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|-----|----------|
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |

SEATTLE IRON AND METALS
DUST CONTROL IMPROVEMENTS

OVERALL SITE PLAN

| DRAWN: ECM | PROJECT NO.: 1900195 |
|------------|----------------------|
| DESIGN: WMA | SCALE: AS SHOWN |
| CHECKED: WMA | DATE: 8/10/2020 |
| DRAWING NO. | **C1.0** |
| SHEET NO. | **03** OF **13** |



## KEYNOTES

1 PROTECT IN PLACE EXISTING NPW APPURTENANCE

2 PROTECT IN PLACE EXISTING O2 AND NG APPURTENANCE

3 ABANDON EXISTING O2 AND NG APPURTENANCE

4 PROTECT IN PLACE EXISTING O2 AND NG PIPE

5 INLET PROTECTION — 4/C3.0

6 INSTALL ETHA FOAM CUSHION UTILITY CROSSING AS REQUIRED — 5/C3.0

## GENERAL NOTES

1. ALL WORK SHALL CONFORM TO THE CURRENT EDITION OF THE CITY OF SEATTLE STANDARD SPECIFICATIONS FOR ROAD, BRIDGE, AND MUNICIPAL CONSTRUCTION AND THE CITY OF SEATTLE STANDARD PLANS 2020 EDITION. A COPY OF THESE DOCUMENTS SHALL BE ON SITE DURING CONSTRUCTION.
2. A COPY OF THE APPROVED PLAN SHALL BE ON SITE WHENEVER CONSTRUCTION IS IN PROGRESS. THROUGHOUT THE PROGRESS OF THE WORK OF THIS CONTRACT, MAINTAIN AN ACCURATE RECORD OF ALL CHANGES IN THE CONTRACT DOCUMENTS. UPON COMPLETION OF THE WORK OF THIS CONTRACT, PROVIDE ONE COMPLETE SET OF RECORD DOCUMENTS.
3. LOCATIONS OF EXISTING UTILITIES OBTAINED FROM AVAILABLE RECORDS AND ARE APPROXIMATE AND NOT NECESSARILY COMPLETE. CONTRACTOR TO VERIFY FIELD LOCATION OF ALL UTILITIES.

## DEMOLITION NOTES

1. PROVIDE AND MAINTAIN TEMPORARY EROSION AND SEDIMENT CONTROL DURING DEMOLITION AND THROUGHOUT THE PROGRESS OF THE WORK OF THIS CONTRACT.
2. THE CONTRACTOR SHALL VERIFY THE LOCATION OF ALL UTILITIES AND SHALL PROVIDE SUFFICIENT NOTIFICATION TO THE APPROPRIATE UTILITY PRIOR TO WORK.
3. MAINTAIN AND PROTECT ALL MANHOLES, CATCH BASINS, FIRE HYDRANTS, MONITORING WELLS, WATER VALVES, PIPING, SURVEY MONUMENTS, AND WATER METERS, UNLESS OTHERWISE NOTED OR DIRECTED BY THE ENGINEER. CONTRACTOR SHALL REPAIR OR REPLACE ALL ITEMS DAMAGED BY HIS OPERATIONS.
4. THE PROJECT AREA IS AN INDUSTRIAL ZONE. THERE IS A POTENTIAL FOR BURIED OBJECTS TO BE ENCOUNTERED DURING CONSTRUCTION. THESE OBJECT MAY NOT BE REPRESENTED IN THE SURVEY. THE ENGINEER SHALL BE NOTIFIED IMMEDIATELY IF ANY UNIDENTIFIED OBJECTS AFFECTING CONSTRUCTION PROGRESS ARE ENCOUNTERED.

## WATER AND SANITARY SEWER NOTES

1. DUCTILE IRON PIPE SHALL BE CLASS 52 WITH PUSH—ON JOINTS. FITTINGS AND JOINTS SHALL BE DUCTILE CLASS 52 WITH MECHANICAL JOINTS, UNLESS OTHERWISE NOTED. GLANDS ON MECHANICAL JOINT PIPE AND FITTINGS SHALL BE DUCTILE. TRENCHING AND BEDDING SHALL BE PER CITY OF SEATTLE STANDARD PLAN.
2. WATER LINES SHALL HAVE A MINIMUM COVER OF 3 FEET AND A MAXIMUM COVER OF 6 FEET. EXCEPTIONS SHALL BE ONLY AS SHOWN IN PLANS OR AS APPROVED BY THE ENGINEER.
3. DUCTILE IRON & METALS WATER SYSTEM SHALL BE INSPECTED BY SEATTLE WATER DEPARTMENT (SWD) WATER SERVICE INSPECTOR PRIOR TO BACKFILLING. THE CONTRACTOR SHALL COORDINATE WITH SWD.
4. ENTIRE WATER SYSTEM IS A RESTRAINT JOINT SYSTEM. CONTRACTOR SHALL USE MEGA LUG, UNI—FLANGE AND FIELD LOK JOINT RESTRAINED (DIJ) SYSTEM UNLESS SHOWN OTHERWISE ON DRAWINGS.

## TESC NOTES

1. THE IMPLEMENTATION OF THESE ESC PLANS AND THE CONSTRUCTION, MAINTENANCE, REPLACEMENT AND UPGRADING OF THESE ESC FACILITIES IS THE RESPONSIBILITY OF THE CONTRACTOR UNTIL ALL CONSTRUCTION IS COMPLETED AND ACCEPTED.
2. THE ESC FACILITIES SHOWN ON THIS PLAN MUST BE CONSTRUCTED IN CONJUNCTION WITH ALL CONSTRUCTION ACTIVITIES AND IN SUCH A MANNER AS TO ENSURE THAT SEDIMENT—LADEN WATER DOES NOT ENTER THE DRAINAGE SYSTEM OR VIOLATE APPLICABLE STANDARDS.
3. THE ESC FACILITIES SHOWN ARE THE MINIMUM REQUIRED FOR ANTICIPATED SITE CONDITIONS. DURING THE CONSTRUCTION PERIOD, THESE ESC FACILITIES SHALL BE UPGRADED (E.G., ADDITIONAL SUMPS, RELOCATION OF DITCHES AND SILT FENCES, ETC.) AS NEEDED FOR TYPICAL WEATHER CONDITIONS.
4. THE ESC FACILITIES SHALL BE INSPECTED DAILY BY THE CONTRACTOR AND MAINTAINED AS NECESSARY OR AS DIRECTED BY THE CITY OF SEATTLE TO ENSURE THEIR CONTINUED FUNCTIONING.
5. THE ESC FACILITIES ON—SITE SHALL BE INSPECTED AND MAINTAINED DURING AND AFTER EACH RAIN EVENT, OR A MINIMUM OF ONCE A MONTH.
6. THE APPROVAL OF THE EROSION/SEDIMENTATION CONTROL PLAN DOES NOT CONSTITUTE AN APPROVAL OF PERTINENT ROAD OR DRAINAGE DESIGN (E.G., SIZE AND LOCATION OF ROADS, PIPES, RESTRICTORS, CHANNELS, RETENTION FACILITIES, UTILITIES, ETC.).
7. ALL EROSION AND SEDIMENTATION CONTROL BEST MANAGEMENT PRACTICES (BMPS) SHALL BE MAINTAINED AND REPAIRED AS NEEDED TO ASSURE CONTINUED PERFORMANCE OF THEIR INTENDED FUNCTION. ALL MAINTENANCE AND REPAIR SHALL BE CONDUCTED IN ACCORDANCE WITH THE CITY OF SEATTLE'S CONSTRUCTION BEST MANAGEMENT PRACTICES MANUAL AND ALL OTHER APPLICABLE STANDARDS AND REGULATIONS.
8. ANY AREA NEEDING ESC MEASURE, BUT NOT REQUIRING IMMEDIATE ATTENTION, SHALL BE ADDRESSED WITHIN 15 DAYS.
9. CONTRACTOR SHALL VERIFY EXTENT OF SILTATION WITHIN CONVEYANCE SYSTEM PRIOR TO START OF CONSTRUCTION. AT NO TIME SHALL MORE THAN 1 FOOT OF SEDIMENT BE ALLOWED TO ACCUMULATE WITHIN A CATCH BASIN. ALL CATCH BASINS AND CONVEYANCE LINES SHALL BE CLEANED PRIOR TO PAVING. THE CLEANING OPERATION SHALL NOT FLUSH SEDIMENT—LADEN WATER INTO THE DOWNSTREAM SYSTEM.
10. IF SEDIMENT IS TRANSPORTED ONTO A ROAD SURFACE, THE ROADS SHALL BE CLEANED THOROUGHLY AT THE END OF EACH DAY. SEDIMENT SHALL BE REMOVED FROM ROADS BY A METHOD AS APPROVED BY THE ENGINEER AND BE TRANSPORTED TO A CONTROLLED SEDIMENT DISPOSAL AREA. STREET WASHING SHALL BE ALLOWED ONLY AFTER SEDIMENT IS REMOVED IN THIS MANNER.

### 1 / C1.0   DEMOLITION PLAN   SCALE: 1" = 25'

### 2 / C1.0   CONSTRUCTION PLAN   SCALE: 1" = 25'

### A / —   SITE SECTION   SCALE: 1" = 10' HORZ, 1" = 5' VERT

(Demolition plan labels)
ABANDON 94 LF 1" O2 AND 92 LF 3/4" NG
PLUG AND CAP WATER MAIN AT TEE
PLUG AND CAP O2 AND NG AT TEES
ABANDON 134 LF 6" NPW AND 72 LF 6" CASING PIPE
DEMOLISH 72 LF 6" O2 CASING AND 72 LF 6" NG CASING
DEMOLISH 101 LF 1" O2 AND 99 LF 3/4" NG
PLUG AND CAP WATER MAIN AT TEE
7/C3.0 ASPHALT PAVEMENT
6/C3.0 CONCRETE PAVEMENT

(Construction plan labels)
1/S3.0 DE-DUSTING EQUIPMENT FOUNDATION
EX SDMH#20
CONNECT TO EXISTING 6" NPW
104 LF 6" NPW
71 LF 10" CASING PIPE
1/S4.2 WIND FENCE 3
2/C3.0 33 LF 20" SPLIT CASING PIPE
1/C3.1 2" TAP EX 6" NPW
CONNECT TO EXISTING 1" O2
96 LF 1" O2
96 LF 3/4" NG
1/C3.0 GAS VAULT, TYP 2
71 LF 6" CASING PIPE
93 LF 2" NPW
71 LF 6" CASING PIPE, TYP 2
EX SDMH#22
CONNECT TO EXISTING 2" NPW
7/C3.0 ASPHALT PAVEMENT
6/C3.0 CONCRETE PAVEMENT

DUWAMISH WATERWAY

(Site section labels)
EX SDMH#20 RIM = 18.47 IE = 13.23
EX SDMH#22 RIM = 18.47 IE = 12.46
7/C3.0 ASPHALT PAVEMENT
DRIVE AISLE
1/S3.0 DE-DUSTING EQUIPMENT FOUNDATION
2" NPW IN 6" CASING PIPE
1" O2 IN 6" CASING PIPE
3/4" NG IN 6" CASING PIPE
EX 10" CONC
EX 3" CSBC
6" NPW IN 10" CASING PIPE
EX 153 LF 12" PSD @ 0.005
2/C3.0 33 LF 20" SPLIT CASING PIPE
EX 6" NPW IN 10" CASING PIPE
EX 1" O2 IN 6" CASING PIPE
EX 3/4" NG IN 6" CASING PIPE
-0+00  0+00  1+00  1+00



kpff
3407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162



| NO. | DATE | BY | REVISION |
|-----|------|----|----------|
| | | | |

SEATTLE IRON AND METALS
DUST CONTROL IMPROVEMENTS

CIVIL SITE PLAN

DRAWN: ECM
DESIGN: WMA
CHECKED: WMA
DRAWNG NO:
PROJECT NO.: 1900195
SCALE: AS SHOWN
DATE: 8/10/2020

C2.0
SHEET NO. 04 OF 13

Plotted: Aug. 18, 2020 – 3:42pm   emcotte
M:\2019\1900195 sim shredder dedusting\part 3 – kpff design\3.13 drawings\Current\V2_C2.0 CIVIL SITE PLAN.dwg
Layout 3 – kpff design
C2.0 CIVIL SITE PLAN



STEEL WITH PE WRAP (NG/O2)

SEE NOTE 1 (TYP)

1/2" THREAD-O-LET TEST FITTING WITH SCREWED CAP (TYP)

FLEXIBLE CLOSURE SLEEVE AT PIPING ENTRANCE TO PIT (TYP)

CAST ALUMINUM COVER WITH 18" DIA. HINGED ACCESS, ALL WITH WATER TIGHT GASKET

NOTES:
1.  PROVIDE ELECTRICALLY INSULATED JOINTS PER CATHODIC PROTECTION REQUIREMENTS. SEE SPECIFICATIONS.

**1  GAS VAULT**
C2.0  SCALE: NTS



STEEL CASING

CARRIER PIPE

CARRIER PIPE

A

A

LINK-SEAL

GRAVEL BACKFILL

CASING PIPE, 16" MIN DIAMETER.

EXISTING 12" HDPE GROUNDWATER EXTRACTION TREATMENT SYSTEM PIPE

3' LONG TIMBERS TO PREVENT BELL OF CARRIER PIPE FROM BEARING ON CASING PIPE. STRAP CEDAR TIMBERS TO CARRIER PIPE WITH 16GA.x1" WIDE STAINLESS STEEL STRAPS.

15% O.D.

6"

CDF

48"

**SECTION A–A**
**SD PIPE**

NOTES:

1.  CASING SEAL SHALL BE A MINIMUM OF 3/16" THICK, SHEET TYPE SYNTHETIC RUBBER WITH STAINLESS STEEL BANDS.
2.  CASING FOR WATER, NG, AND O2 SHALL BE CONTINUOUS. CASING FOR EXISTING STORM DRAIN PIPE SHALL BE SPLIT.

**2  STEEL PIPE CASING**
C2.0  SCALE: NTS



NEAT LINE WIDTH FOR EXCAVATION & BACKFILL

FINISH GRADE

PAVEMENT RESTORATION PER STD PLAN NOS 404a & 404b

COMPACTED SUITABLE NATIVE MATERIAL

NEAT LINE

VARIES

ACTUAL SIDE SLOPE BY CONTRACTOR

NEAT LINE

6" MIN

PIPE O.D.

CLASS B BEDDING

6" MIN

EXTRA EXCAVATION

6" MIN    30"    6" MIN
PIPE SMALLER THAN 15"

1.5 I.D. + 18"

BEDDING MATERIAL
CLASS B
•  FOR DISTRIBUTION WATERMAIN, MINERAL AGGREGATE PER STD SPEC 9-03.16 TYPE 6 OR TYPE 7
•  FOR TRANSMISSION WATERMAIN, MINERAL AGGREGATE PER STD SPEC 9-03.16 TYPE 9
•  SPECIAL BEDDING TO BE INDICATED ON DRAWINGS

NOTES:
1.  EXCAVATE FOR THE BELL TO ENSURE UNIFORM SUPPORT FOR THE PIPE BARREL

**3  TYPICAL TRENCHING DETAIL**
–    SCALE: NTS



ADAPTER SKIRT

RETREVAL STRAP

48"

36"

GEOTEXTILE FABRIC INSERT

OVERFLOW (TO BYPASS PEAK STORM VOLUMES)

CATCH BASIN

24"

SEDIMENT ACCUMULATION

INLET PROTECTION NOTES:

1.  FILTERS SHALL BE INSPECTED AFTER EACH STORM EVENT AND CLEANED OR REPLACED WHEN 1/3 FULL.

**4  INLET PROTECTION**
C2.0  SCALE: NTS

2" THICK *ETHA FOAM PAD

1" THICK STEEL PLATE REQUIRED IN CROSSING OF ELECTRICAL OR NATURAL GAS UTILITIES

NOTES:

1.  LENGTH AND WIDTH OF PAD TO EQUAL TWICE THE DIAMETER/WIDTH OF THE LARGER UTILITY.
2.  CENTER THE PAD OVER/UNDER BOTH UTILITIES.

*ETHA FOAM: FEDERAL SPEC PPP–C–1752B TYPE 1, CLASS 2

**ETHA FOAM CUSHION**
**UTILITY CROSSING**
**5**
C2.0  SCALE: NTS

10" CONCRETE PAVEMENT

3" MODIFIED CLASS B (LOW-PERM)

COMPACTED SUBGRADE

**6  CONCRETE PAVEMENT**
C2.0  SCALE: NTS

7" ASPHALT CONCRETE PAVEMENT CLASS E MODIFIED

3" MODIFIED CLASS B (LOW-PERM)

8" CRUSHED ROCK BASE

COMPACTED SUBGRADE

**7  ASPHALT PAVEMENT**
C2.0  SCALE: NTS

Plotted: Aug. 18, 2020 – 3:10pm   Ueororo.   Layout: C3.0 CIVIL DETAILS
N:\2019\1900195 sim shredder dedusting\part 3 – kpff design\3.13 drawings\Current\V2_C3.0 CIVIL DETAILS.dwg

kpff

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162



| NO. | DATE | BY | REVISION |
|-----|------|-----|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

CIVIL DETAILS

DRAWN: ECM          PROJECT NO.: 1900195
DESIGN: WMA        SCALE: AS SHOWN
CHECKED: WMA      DATE: 8/10/2020

DRAWING NO.
**C3.0**

SHEET NO.
**05** OF **13**



**TYPICAL 2" WATER SERVICE**
(1) C2.0   SCALE: NTS

**NEW PANEL TO NEW PANEL OF EQUAL THICKNESS-CONTRACTION JOINT**
(2) SCALE: NTS

**TYPICAL JOINT**
(3) SCALE: NTS

**TYPICAL DOWEL**
(4) SCALE: NTS

NOTE:
TYPICAL DOWEL SPACING FOR 15'-0" x 15'-0" SLAB SHOWN. SEE DOWEL NOTES FOR SLABS DIFFERING FROM THESE DIMENSIONS.

**DOWEL DIMENSIONS**
(5) SCALE: NTS

DOWEL NOTES
1. FOR SLAB SIZES NOT CONFORMING TO THE DETAIL OR DIMENSIONS SHOWN, DOWEL BARS SHALL BE SPACED 12" ON CENTER, DOWEL BARS SHALL BE SPACED AT LEAST 15" AWAY FROM ANY SLAB CORNER AND THE SPACING FROM THE LAST DOWEL BARS ON A SIDE TO THE ADJACENT CORNERS SHALL BE THE SAME AT BOTH ENDS OF THE SLAB.

GENERAL NOTES
1. PCC = PORTLAND CEMENT CONCRETE
   ACP = ASPHALT CONCRETE
2. T = 6" OR 10" AS NOTED FOR ALL PCC PAVEMENT.
3. EXCEPT AS NOTED IN DETAIL, ON THE GRADING/PAVING PLAN SHEETS, ALL NEW JOINTS IN NEW PCC PAVEMENT SHALL BE TYPE 1 OR TYPE 2.
4. EXCAVATE AND COMPACT AS REQUIRED TO INSTALL NEW BASE AND CC PAVEMENT. MAKE EVERY EFFORT NOT TO DISTURB EXISTING SOIL COMPACTION/DENSITY.
5. PAVEMENT SHALL BE CUT FULL DEPTH, EXCEPT THAT SAW CUTTING SHALL NOT PENETRATE AN ADJACENT PANEL THAT IS TO REMAIN.
6. CONCRETE PANELS TO REMAIN SHALL BE PROTECTED AT ALL TIMES. DAMAGE TO A PANEL NOT SPECIFIED IN THE CONTRACT DOCUMENTS TO BE REPLACED WILL REQUIRE REPLACEMENT OF THE PANEL AT NO COST TO THE OWNER.
7. DETAILS SHOWN ON THIS DRAWING ARE REFERENCED AND APPLICABLE TO ALL PORTIONS OF WORK INCLUDED IN THIS CONTRACT.

**CROSS SECTION**
(A) C2.0   SCALE: NTS

**kpff**
2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|----|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

CIVIL DETAILS

DRAWN: ECM
DESIGN: WMA
CHECKED: WMA
DRAWING NO.

PROJECT NO.: 1900195
SCALE: AS SHOWN
DATE: 8/10/2020

**C3.1**

SHEET NO.
06 OF 13

## DESIGN CRITERIA

### CODES AND STANDARDS
2015 SEATTLE BUILDING CODE
DEAD LOADS:
SELF WEIGHT OF ALL MATERIALS

### EQUIPMENT LOADS:
REACTIONS AT EQUIPMENT SUPPORTS PROVIDED BY MANUFACTURER FOR EACH LOAD COMBINATION CONSIDERED.

### WIND LOADS:
WIND LOADS FOR THE WIND SCREEN SYSTEM WERE PROVIDED BY WEATHER SOLVE STRUCTURE INC. IN ACCORDANCE WITH THE WIND TUNNEL PROCEDURE SPECIFIED IN ASCE 7–10 CH 31.

SEISMIC LOADS:           WIND LOADS:
SITE CLASS E.            EXPOSURE CATEGORY C
RISK CATEGORY II.        RISK CATEGORY II
SEISMIC DESIGN CATEGORY D.

| | | | | |
|---|---|---|---|---|
| $S_S$ | = | 1.519G | $V$ | = | 110 mph |
| $S_1$ | = | 0.582G | $K_d$ | = | 0.85 |
| $S_{DS}$ | = | 0.911G | $G$ | = | 1.0 |
| $S_{D1}$ | = | 0.932G | | |

LOAD COMBINATIONS:
1.  1.4D
2.  1.2D + 1.6L + 0.5S
3.  1.2D + 1.6S + L
4.  1.2D + 1.6S + 0.5W
5.  1.2D + L + 0.5S + W
6.  (1.2 + 0.2$S_{DS}$)D+L+E
7.  0.90 + W
8.  (0.9–0.2$S_{DS}$)D+E

### CODES AND STANDARDS

1.  ALL METHODS AND MATERIALS SHALL CONFORM TO THE 2015 SEATTLE BUILDING CODE

2.  REINFORCED CONCRETE WORK SHALL CONFORM TO THE REQUIREMENTS OF "SPECIFICATIONS FOR STRUCTURAL CONCRETE FOR BUILDINGS" (ACI 301) AND "BUILDING CODE REQUIREMENTS FOR REINFORCED CONCRETE" (ACI 318), LATEST EDITIONS.

### GENERAL

1.  THE CONTRACTOR SHALL BE RESPONSIBLE FOR ALL CONSTRUCTION SAFETY, METHODS, TECHNIQUES, SEQUENCES, OR PROCEDURES REQUIRED TO PERFORM THE WORK.

2.  PRIOR TO THE START OF CONSTRUCTION, THE CONTRACTOR SHALL VERIFY THAT ALL REQUIRED PERMITS AND APPROVALS HAVE BEEN OBTAINED. NO CONSTRUCTION OR FABRICATION SHALL BEGIN UNTIL THE CONTRACTOR HAS RECEIVED AND THOROUGHLY REVIEWED ALL PROJECT PLANS AND OTHER CONSTRUCTION NOTES.

### SURVEY AND FIELD VERIFICATION

1.  CONTRACTOR SHALL VERIFY ALL LEVELS, DIMENSIONS, AND EXISTING CONDITIONS IN THE FIELD BEFORE PROCEEDING. CONTRACTOR SHALL NOTIFY THE OWNER OF ANY DISCREPANCIES OR FIELD CHANGES PRIOR TO INSTALLATION OR FABRICATION. IN CASE OF DISCREPANCIES BETWEEN THE EXISTING CONDITIONS AND THE DRAWINGS, THE CONTRACTOR SHALL OBTAIN DIRECTION FROM THE OWNER BEFORE PROCEEDING. DIMENSIONS NOTED AS PLUS OR MINUS (+/-) OR "REF" INDICATE UNVERIFIED DIMENSIONS AND ARE APPROXIMATE. NOTIFY THE OWNER IMMEDIATELY OF CONFLICTS OR EXCESSIVE VARIATIONS FROM INDICATED DIMENSION. NOTED DIMENSIONS TAKE PRECEDENCE OVER SCALED DIMENSIONS – DO NOT SCALE DRAWINGS. DIMENSIONS OF EXISTING CONDITIONS MAY BE BASED ON RECORD DRAWINGS AND ARE TO BE FIELD VERIFIED BY THE CONTRACTOR.

### PILING

1.  PILES SHALL BE DRIVEN TO THE MINIMUM EMBEDMENT DEPTH INDICATED IN ACCORDANCE WITH THE GEOTECHNICAL REPORT BY PANGEO DATED 8/17/2020.

### DEFERRED SUBMITTAL

1.  THE DESIGN OF THE WIND SCREEN SYSTEM INCLUDING COLUMNS, FABRIC & ATTACHMENTS WILL BE BY OTHERS & WILL BE SUBMITTED TO THE CITY OF SEATTLE FOR REVIEW. THE DESIGN OF THE DEDUSTING SUPPORT FRAMING WILL BE BY OTHERS AND WILL BE SUBMITTED TO THE CITY OF SEATTLE FOR REVIEW.

---

## SUBMITTALS

CONTRACTOR SHALL PROVIDE EACH SUBMITTAL TO ENGINEER FOR APPROVAL A MINIMUM OF 2 WEEKS PRIOR TO START OF THE RELATED ACTIVITY.

1.  CONSTRUCTION WORK PLAN INCLUDING PILE DRIVING WORK PLAN

2.  CONSTRUCTION SCHEDULE

3.  CONCRETE MIX DESIGN

4.  MATERIAL CERTIFICATIONS AND CUT SHEETS

5.  FABRICATION DRAWINGS

6.  WELDER QUALIFICATIONS

7.  ALL SHOP DRAWINGS FOR FORM WORK, FALSE WORK, STRUCTURAL STEEL, REINFORCING STEEL, AND MISCELLANEOUS STEEL, SHALL BE SUBMITTED TO AND REVIEWED BY THE ENGINEER PRIOR TO FABRICATION

### DEMOLITION

1.  CONCRETE EDGES TO REMAIN SHALL BE CUT BACK AND SQUARED OFF TO ELIMINATE FEATHER EDGES IN ABUTTING CONCRETE.

2.  CLEAN THE SITE AFTER REMOVAL OF ALL DEMOLITION ITEMS AND MATERIALS. THERE SHALL BE NO DEBRIS, RUBBLE OR LITTER LEFT AT THE SITE FROM ANY OF THE CONTRACTOR'S OPERATIONS.

### STRUCTURAL STEEL

1.  ALL PIPE PILES SHALL CONFORM TO ASTM A252 GRADE 3(MOD)
    $Fy = 50$ KSI

2.  ALL MISCELLANEOUS STEEL SHAPES AND PLATES, EXCEPT AS NOTED BELOW, SHALL CONFORM TO ASTM A 36.

3.  ALL ANCHOR BOLTS SHALL CONFORM TO ASTM F 1554, GRADE 36 (TYPICAL).

4.  ALL NUTS SHALL BE ASTM A 563, UNLESS NOTED OTHERWISE.

5.  ALL WASHERS SHALL BE ASTM F 436, UNLESS NOTED OTHERWISE.

6.  ALL STEEL ITEMS SHALL BE HOT–DIP GALVANIZED AND/OR COATED AS SPECIFIED.

### ANCHORS

1.  USE OF DRILLED ADHESIVE CONCRETE ANCHORS, WHERE NOT SPECIFIED IN THE DOCUMENTS, SHALL BE SUBJECT TO APPROVAL BY THE ENGINEER.

2.  EPOXY OR ADHESIVE–TYPE ANCHORS SHALL BE INSTALLED PER THE MANUFACTURER'S RECOMMENDATION. SPECIAL INSPECTION IS REQUIRED FOR ALL ADHESIVE ANCHORS.

3.  ACCEPTABLE ADHESIVES ARE HILTI HIT RE 500 V3 OR APPROVED EQUAL. ICBO OR ICC REPORTS SHALL BE SUBMITTED FOR ALL ADHESIVE ANCHOR PRODUCTS.

### WELDING

1.  ALL WELDING SHALL BE PERFORMED BY WELDERS QUALIFIED FOR THE WELD AND POSITION SHOWN IN ACCORDANCE WITH AWS AND HAVING CURRENT CERTIFICATION FROM WABO.

2.  ALL WELDS SHALL BE PERFORMED WITH PROCEDURES PREQUALIFIED OR QUALIFIED IN ACCORDANCE WITH AWS D1.1 AND D1.4.

3.  THE WELDS SHOWN ARE FOR THE FINAL CONNECTIONS, FIELD WELD SYMBOLS ARE SHOWN WHERE FIELD WELDS ARE REQUIRED BY THE STRUCTURAL DESIGN. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING IF A WELD SHOULD BE SHOP – OR FIELD WELDED IN ORDER TO FACILITATE THE STRUCTURAL STEEL ERECTION.

4.  WELDING ELECTRODES SHALL HAVE 70 KSI STRENGTH AND SHALL BE "LOW–HYDROGEN" ELECTRODES.

---

## CONCRETE WORK

1.  ALL CONCRETE WORK SHALL COMPLY WITH REQUIREMENTS OF ACI 301 AND ACI 318, UNLESS NOTED OTHERWISE.

2.  REINFORCING STEEL

    A.  ALL REINFORCING STEEL SHALL BE DEFORMED STEEL BARS CONFORMING WITH ASTM A 615, GRADE 60, UNO

    B.  LAP REINFORCING BARS PER ACI 318 OR AS SPECIFIED.

    C.  MECHANICAL SPLICES SHALL DEVELOP AT LEAST 125 PERCENT OF THE YIELD STRENGTH OF THE BAR IN TENSION.

    D.  REINFORCING STEEL SHALL BE DETAILED IN ACCORDANCE WITH ACI MANUAL OF STANDARD PRACTICE FOR DETAILING REINFORCED CONCRETE STRUCTURES, ACI 315.

    E.  JOINT DOWEL BARS SHALL BE ASTM A615/A615M G–60, PLAIN STEEL BARS, CUT TRUE TO LENGTH WITH ENDS SQUARE AND FREE OF BURS.

    F.  ALL REINFORCING STEEL SHALL HAVE A 3" CLEAR COVER, UNO.

3.  ALL FALSEWORK AND FORMWORK CONSTRUCTION WORK SHALL BE COORDINATED AND PERFORMED IN STRICT ACCORDANCE WITH THE PERMIT REQUIREMENTS. THESE DRAWINGS DO NOT INCLUDE ALL REQUIRED PROTECTION MEASURES, MITIGATION MEASURES AND BMPS ASSOCIATED WITH THIS PROJECT.

4.  FORM TIES SHALL USE WIRE TIES AND WOOD SPACERS.

5.  FORMS SHALL BE CONSTRUCTED SO AS TO BE RIGID, UNYIELDING, TRUE TO LINE, LEVEL, AND SUFFICIENTLY TIGHT TO PREVENT ESCAPE OF CONCRETE.

6.  CLEAN FORMS OF ALL WASTE, DEBRIS, OR OTHER OBJECTS AND SUBSTANCES DELETERIOUS TO THE CONCRETE, CONCRETE SURFACE, OR CONCRETE ELEMENT, PRIOR TO CASTING.

7.  PRIOR TO INSTALLATION OF FORM WORK, FORMS SHALL BE TREATED WITH A RELEASE AGENT, BOND–BREAKER OR PARTING COMPOUND.

8.  STANDING WATER IN THE FORMS SHALL NOT BE PERMITTED. FORMS SHALL BE CLEAN PRIOR TO PLACING CONCRETE.

9.  FORMS SHALL REMAIN IN PLACE FOR A MINIMUM OF 7 DAYS, PROVIDED THE AMBIENT TEMPERATURE IS 40 DEGREES FAHRENHEIT OR HIGHER DURING THAT TIME PERIOD. WHEN TEMPERATURES LOWER THAN 40 DEGREES PREVAIL, FORMS SHALL REMAIN IN PLACE LONGER, AT THE ENGINEER'S DIRECTION.

10.  A MINIMUM CONCRETE COMPRESSIVE STRENGTH AT 28–DAYS SHALL BE:

    MAT FOUNDATION:    $F'_c = 4500PSI$
    WIND SCREEN WALLS:  $F'_c = 4000PSI$

11.  CONCRETE MIX SHALL CONFORM TO THE MOST RESTRICTIVE REQUIREMENTS IN ACI 318 TABLE 19.3.2.1 BASED ON THE EXPOSURE CLASSIFICATIONS INDICATED BELOW:

| LOCATION | EXPOSURE CLASSIFICATION |
|---|---|
| ALL | F2 |
| | S0 |
| | W0 |
| | C1 |

12.  ALL EXPOSED CONCRETE CORNERS SHALL BE CHAMFERED 3/4", UNO..

13.  SUBMITTALS:

    A.  CERTIFICATES OF SPECIFICATION COMPLIANCE FOR MATERIALS USED.

    B.  PROPOSED CONCRETE DESIGN MIX, INDICATING CONSTITUENT MATERIAL CONTENTS PER CUBIC YARD OF CONCRETE.

    C.  TEST CERTIFICATES FOR COMPRESSIVE STRENGTH, YIELD, AIR CONTENT, AND SLUMP OF THE PROPOSED CONCRETE MIX. AS A MINIMUM, COMPRESSIVE STRENGTH TEST RESULTS AT 7 AND 28 DAYS SHALL BE PROVIDED IN ACCORDANCE WITH ACI 318.

    D.  MANUFACTURER'S NAME AND SPECIFICATIONS AND CERTIFICATES OF COMPLIANCE WITH APPLICABLE STANDARDS SHALL BE PROVIDED FOR ALL ADMIXTURES, CONCRETE BONDING AGENTS, CURING COMPOUNDS, ETC, PROPOSED FOR USE ON THE JOB.

14.  WHERE CONCRETE IS CAST AGAINST EXISTING CONCRETE, THE EXISTING CONCRETE SHALL BE CLEAN AND FREE OF ANY LOOSE MATERIAL.

---

## SPECIAL INSPECTION

### SPECIAL INSPECTION SCHEDULE
ESTABLISHED PER 2015 SBC SECTION 110 & CHAPTER 17

| ITEM | CONTINUOUS INSPECTION | PERIODIC INSPECTION | COMMENTS |
|---|---|---|---|
| **CONCRETE** | | | |
| REINFORCING PLACEMENT | | X | |
| PREPARATION OF TEST SPECIMENS | X | | |
| CONCRETE PLACEMENT | X | | |
| CURING | | X | |
| ADHESIVE ANCHOR PLACEMENT | X | | REF. NOTE 8 |
| **STRUCTURAL STEEL** | | | |
| FABRICATION & ERECTION | | X | |
| SINGLE PASS FILLET WELDS ≤ 5/16" | | X | REF. NOTE 4 |
| PARTIAL/COMPLETE PENETRATION WELD | X | | REF. NOTE 5 |
| **PILING** | X | | BY GEOTECHNICAL ENGINEER |

1.  THE ITEMS CHECKED WITH AN "X" SHALL BE INSPECTED IN ACCORDANCE WITH SBC CHAPTER 17 BY THE ENGINEER OF RECORD AND A CERTIFIED INSPECTOR FROM AN ESTABLISHED TESTING AGENCY FOR MATERIAL TESTING. THE TESTING AGENCY SHALL SEND COPIES OF ALL STRUCTURAL TESTING AND INSPECTION REPORTS DIRECTLY TO THE ENGINEER. ANY MATERIALS WHICH FAIL TO MEET THE PROJECT SPECIFICATIONS SHALL IMMEDIATELY BE BROUGHT TO THE ATTENTION OF THE ENGINEER. SPECIAL INSPECTION TESTING REQUIREMENTS APPLY EQUALLY TO ALL BIDDER DESIGNED COMPONENTS.

2.  CONTINUOUS SPECIAL INSPECTION MEANS THAT THE SPECIAL INSPECTOR IS ON THE SITE AT ALL TIMES OBSERVING THE WORK REQUIRING SPECIAL INSPECTION (IBC 1702). PERIODIC SPECIAL INSPECTION MEANS THAT THE SPECIAL INSPECTOR IS ON SITE AT TIME INTERVALS NECESSARY TO CONFIRM THAT ALL WORK REQUIRING SPECIAL INSPECTION IS IN COMPLIANCE.

3.  INSPECTION REQUIREMENTS FOR SYSTEMS DESIGNED BY OTHERS SHALL BE DEFINED BY THE REGISTERED DESIGN PROFESSIONAL RESPONSIBLE FOR THEIR DESIGN.

4.  ALL WELDS SHALL BE VISUALLY INSPECTED.

5.  ALL COMPLETE PENETRATION WELDS SHALL BE TESTED ULTRASONICALLY OR BY USING ANOTHER APPROVED METHOD.

6.  OWNER WILL EMPLOY AND PAY FOR SPECIAL INSPECTION & TESTING SERVICES TO ENSURE COMPLIANCE WITH THE REQUIREMENTS OF THE CONTRACT DOCUMENTS.

7.  (4) CONCRETE CYLINDERS SHALL BE COLLECTED FOR EACH POUR MADE. (1) 7–DAY BREAK, (2) 28–DAY, (1) SPARE

8.  INSPECTION OF DRILLED CONCRETE ANCHORS, INCLUDING EXPANSION AND ADHESIVE GROUTED ANCHORS, SHALL INCLUDE VISUAL VERIFICATION OF DRILLED HOLE SIZE, EMBEDMENT DEPTH, EDGE DISTANCES AND HOLE CLEANING. FOR GROUTED ANCHORS, GROUT INSTALLATION SHALL BE OBSERVED AND GROUT PRODUCT SPECIFICATION AND PREPARATION SHALL BE VERIFIED.

### EARTHWORK

1.  STRUCTURAL FILL SHALL BE IN ACCORDANCE WITH THE PANGEO REPORT DATED 8/17/2020.

---



**kpff**

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|---|---|---|---|
| | | | |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

STRUCTURAL NOTES

| | | | |
|---|---|---|---|
| DRAWN: TRL | PROJECT NO.: 1900195 |
| DESIGN: KCP | SCALE: AS SHOWN |
| CHECKED: IDF | DATE: 8/10/2020 |
| DRAWING NO. | **S1.0** |
| SHEET NO. | 07 OF 13 |

Plotted: Aug. 18, 2020 - 3:00pm  License: Layout_S_S1.0 STRUCTURAL NOTES
N:\2019\1900195\sim sheet\or dedusting\part 1 - kpff design\S1.0 drawings\Current\S_S1.0 STRUCTURAL NOTES.dwg



FOX AVENUE SOUTH

SOUTH MYRTLE STREET

SOUTH ORCHARD STREET

SOUTH GARDEN STREET

SOUTH OTHELLO STREET

7th AVENUE SO.

DIESEL TANK

EXISTING TWO STORY OFFICE TO REMAIN

LOCKERS

WAREHOUSE

EQUIPMENT MAINTENANCE BUILDING

STM. STATIC YARD COMPENSATOR

CAR BODY STORAGE

SHREDDER WORKS BLDG.

DE-DUSTING EQUIPMENT FOUNDATION

NORTH DOCK

1
S3.0

SHREDDER

80' LIGHT POLE

SCALE

COVERED WORK AREA

WIND SCREEN 2

1
S4.1

PROPANE TANK

1
S4.2

WIND SCREEN 3

HRB BALER

ATB

DOCK

SHEAR

STEEL TURNINGS BIN

SHEAR WORKS BLDG.

DIESEL TANK

SOUTH DOCK

WIND SCREEN 1

ELECT OUTLET FOR PORTABLE SHEAR

1
S4.0

N

**STRUCTURAL SITE PLAN**
SCALE: 1" = 50'

kpff
2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150    Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|-----|----------|
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

STRUCTURAL SITE PLAN

| | |
|---|---|
| DRAWN: TRL | PROJECT NO.: 1900195 |
| DESIGN: KCP | SCALE: AS SHOWN |
| CHECKED: IDF | DATE: 8/10/2020 |
| DRAWING NO. | **S2.0** |
| SHEET NO. | **08** OF **13** |

Plotted: Aug 18, 2020 – 3:10pm    tlemons  Layout: S2.0 STRUC PLAN
N:\2019\1900195 sim shredder dedusting\part 3 – kpff design\3.13 drawings\Current\3_S2.0 STRUC PLAN.dwg



**DE-DUSTING EQUIPMENT FOUNDATION**

1 / S2.0   SCALE: 3/16" = 1'-0"

**SECTION**
A — SCALE: 1/4" = 1'-0"

NOTE:
TOP BARS SPLICE LENGTH SHALL BE 63" MIN. BOTTOM BAR SPLICE LENGTH SHALL BE 48" MIN. STAGER BAR SPLICES OF ADJACENT BARS A MINIMUM OF A FULL SPLICE LENGTH

106'-2 1/4"

N: 200048.19
E: 1271406.29

N: 200025.16
E: 1271425.50

96'-3"

30'-0"

CLEAN GAS DUCTWORK
36" CONC MAT FOUNDATION
PIPE & GAGWAY
LIGHT MATERIAL SEPERATOR
CYCLONE
FAN
SILENCER
STACK
FILTER
PIPE & GAGWAY
SUPPORT LOCATION FOR MECHANICAL EQUIPMENT, TYP. EQUIPMENT AND SUPPORT FRAMING DESIGNED BY MANUFACTURER, TYP
EXISTING CONC FOUNDATION, TYP
PIPE & GAGWAY
EXISTING CONC FOUNDATION

EXISTING PAVEMENT
CONC MAT FOUNDATION
#8 @ 12" EACH WAY, T & B
3" CLR, TYP ALL SIDES
EXISTING SUBGRADE
STRUCTURAL FILL
2'-0"

**kpff**
2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150   Fax (253) 396-0162

NO. | DATE | BY | REVISION

**SEATTLE IRON AND METALS**
**DUST CONTROL IMPROVEMENTS**

**DE-DUSTING EQUIPMENT FOUNDATION**

DRAWN: TRL | PROJECT NO.: 1900195
DESIGN: KCP | SCALE: AS SHOWN
CHECKED: IDF | DATE: 8/10/2020
DRAWING NO.
**S3.0**
SHEET NO. 09 OF 13



**WIND FENCE 1 PLAN**
SCALE: 1/4" = 1'-0"

**WIND SCREEN 1 SECTION**
SCALE: 3/4" = 1'-0"

FABRIC, BY OTHERS

HSS COLUMN, BY OTHERS

2" CLR TYP

#5 @ 12" OC EW, TYP REBAR SPLICE LENGTH SHALL BE 36" MIN.

(6) #4 W/STD HOOK EQ SPA VERT 2'-0" OC HORIZ, DRILLED AND EPOXIED INTO EX CONC WALL

CONC WALL

#5 @ 12" OC DRILL AND EPOXY INTO EX CONC FOOTING

SAW CUT AND DEMOLISH EXISTING PAVEMENT AS REQUIRED

EX CONC WALL

EX PAVEMENT

EX 18" THICK CONC FOOTING

16'-0" MAX

14'-0"±

3'-0"

1'-0" MIN TYP UNO

FABRIC BY OTHERS, TYP

HSS COLUMN BY OTHERS, TYP

2'-6" MIN

EX 8" CONC WALL

CL COL

22'-3"

28'-11 1/2"±

28'-11 1/2"±

22'-11 1/2"±

22'-11 1/2"±

kpff

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150   Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|----|----|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

**WIND SCREEN 1**
PLAN AND SECTION

| DRAWN: | TRL | PROJECT NO.: 1900195 |
|--------|-----|----|
| DESIGN: | KCP | SCALE: AS SHOWN |
| CHECKED: | IDF | DATE: 8/10/2020 |

DRAWING NO.
**S4.0**

SHEET NO.
**10** OF **13**



① 
S5.0

**WIND FENCE 2 PLAN**
SCALE: 1/8" = 1'-0"

**WIND SCREEN 2 SECTION**
SCALE: 1/2" = 1'-0"

CL COL   CL COL   1'-6"
10'-6"      MIN

FABRIC BY
OTHERS, TYP

HSS COLUMN BY
OTHERS, TYP

EX 8" CONC WALL

EX STORAGE, TYP

26'-8"
26'-8"
26'-8"
26'-7"±
1'-6"
MIN

HSS COLUMN,
BY OTHERS

FABRIC, BY OTHERS

12'-0" MAX

2" CLR
TYP

8"

10"

①
S5.0
OPP

#5 @ 12" OC EW, TYP
REBAR SPLICE LENGTH
SHALL BE 36" MIN.

(6) #4 W/STD HOOK EQ SPA VERT
2'-0" OC HORIZ, DRILLED AND
EPOXIED INTO EX CONC WALL

6"
TYP

CONC WALL

14'-0"±

#5 @ 12" OC DRILL
AND EPOXY INTO
EX CONC FOOTING

EX CONC
WALL

SAW CUT AND DEMOLISH
EX PAVEMENT AS REQUIRED

EX PAVEMENT, TYP

10"

3'-0"

11"

EX 18" THICK
CONC FOOTING

kpff

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|-----|----------|
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |
|     |      |     |          |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

**WIND SCREEN 2**
PLAN AN SECTION

| DRAWN: | TRL | PROJECT NO.: 1900195 |
|--------|-----|----------------------|
| DESIGN: | KCP | SCALE: AS SHOWN |
| CHECKED: | IDF | DATE: 8/10/2020 |
| DRAWING NO. | | **S4.1** |
| SHEET NO. | | 11 OF 13 |



**1** WIND SCREEN 3 PLAN
S2.0  SCALE: 3/16" = 1'-0"

PILE DRIVING REQUIREMENTS

1.  CONTRACTOR SHALL INSTALL PILES WITHIN ±6"
    OF SPECIFIED PILE LOCATION AND TOP ELEVATION

2.  PILES SHALL BE CONSTRUCTED WITH NO MORE
    THAN 1" ON 8'-0" OF BATTER

**2** TUBULAR BUTT JOINT
SCALE: 12" = 1'-0"

NOTE:

1.  PIPE SHALL BE WELDED AS SHOWN WHERE NEEDED BY
    CONTRACTOR MEANS AND METHODS. WPS SHALL BE SUBMITTED
    AND BE QUALIFIED IN ACCORDANCE WITH AWS D1.1 SECTION 4

**A** WIND SCREEN 3 SECTION
SCALE: 1/2" = 1'-0"

| PILE | PILE SIZE | EMBEDMENT DEPTH (FT) | NORTHING | EASTING |
|------|-----------|---------------------|----------|---------|
| 1 | 30" x 3/4" | 85 | 200032.35 | 1271650.19 |
| 2 | 30" x 3/4" | 85 | 200022.63 | 1271617.61 |
| 3 | 30" x 3/4" | 85 | 200012.90 | 1271585.03 |
| 4 | 30" x 3/4" | 85 | 200014.90 | 1271551.09 |



kpff

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|-----|----------|
| | | | |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

WIND SCREEN 3
PLAN AND SECTION

| DRAWN: | TRL | PROJECT NO.: 1900195 |
|--------|-----|---------------------|
| DESIGN: | KCP | SCALE: AS SHOWN |
| CHECKED: IDF | | DATE: 8/10/2020 |

DRAWING NO.
**S4.2**

SHEET NO.
**12** OF **13**



**1** DETAIL
S4.0, S4.1 SCALE: 1" = 1'-0"

- CL COL & WALL
- PL2x17x1'-5"
- TYP 1/4
- 7" TYP
- 1'-8"
- PL1/2x17x2'-10 1/2"
- 1 1/4" EPOXY ANCHOR BOLT, TYP
- PL1/2x17x3'-0 1/2"
- CONC WALL
- EX CONC WALL
- 1'-10"



**A** SECTION
SCALE: 1" = 1'-0"

- CL COL & WALL
- COLUMN ATTACHMENT TO PLATE BY OTHERS
- CONC WALL
- VARIES
- 1'-0"
- 2 1/2"
- 1'-0"
- 2 1/2" TYP



**2** DETAIL
S4.0, S4.1 SCALE: 1" = 1'-0"

- CL COL & WALL
- #5 x 36" CORNER BARS @ EACH HORIZ BAR, TYP
- WALL REINFORCING PER WIND SCREEN SECTION, SHEETS S4.0 & S4.1
- EX CONC WALL
- CONC WALL
- PL 2"
- PL1/2x18 1/2x3'-0 1/2", BELOW
- 1 1/4" EPOXY ANCHOR BOLT, TYP
- PL1/2x19x3'-0 1/2", BELOW
- PL1/2x25x3'-0 1/2", BELOW
- CL COL & WALL
- 1/4 SIDE PL TO SIDE PL, TYP
- PL1/2x25 1/2x3'-0 1/2", BELOW
- COLUMN (BY OTHERS)



**B** SECTION
SCALE: 1" = 1'-0"

- CL COL & WALL
- COLUMN ATTACHMENT TO PLATE BY OTHERS
- PL 2"
- EX CONC WALL
- PL1/2x25 1/2x3'-0 1/2"
- 1/4 TOP PL TO SIDE PL, TYP
- PL1/2x25x3'-0 1/2"
- 1'-8"
- 1'-0"
- 2 1/2"
- 2 1/2"
- 1'-0"
- 8 1/2"
- EDGE OF EX CONC WALL



**C** SECTION
SCALE: 1" = 1'-0"

- CL COL & WALL
- PL 2"
- PL1/2x18 1/2x3'-0 1/2"
- PL1/2x25x3'-0 1/2"
- PL1/2x19x3'-0 1/2"
- EX CONC WALL
- CONC WALL
- 1'-6"
- 1'-0"
- 2 1/2"
- 4 1/2"
- 1'-0"
- 2 1/2"



**kpff**

2407 North 31st Street, Suite 100
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

| NO. | DATE | BY | REVISION |
|-----|------|----|----|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SEATTLE IRON AND METALS**
DUST CONTROL IMPROVEMENTS

STRUCTURAL DETAILS

| DRAWN: | TRL | PROJECT NO.: 1900195 |
|---|---|---|
| DESIGN: | KCP | SCALE: AS SHOWN |
| CHECKED: IDF | | DATE: 8/10/2020 |

DRAWING NO.
**S5.0**

SHEET NO. **13** OF **13**

# Attachment B



August 14, 2020

<u>RE: Puget Sound Keeper Alliance v. Seattle Iron & Metals Corporation</u>

To Whom It May Concern,

This letter is intended to provide assurance that I have received and reviewed the Consent Decree (and amendment) between Puget Sound Keeper Alliance v. Seattle Iron & Metals Corporation and that I am authorized on behalf of Just Health Action (JHA) to make the following binding commitments on behalf of the *Duwamish Valley Clean Air Program* run by Duwamish River Cleanup Coalition (DRCC) and JHA:
1. I understand that JHA will receive funds from Seattle Iron & Metals as specified in the Consent Decree.
2. JHA will use these funds for the *Duwamish Valley Clean Air Program.*
3. JHA will not use any money it receives under the Consent Decree for lobbying purposes.

Air pollution is a top community health priority in the Duwamish Valley.  The community has the highest childhood asthma hospitalization rates in the City of Seattle and a 13 year difference in life expectancy compared to wealthier parts of Seattle.  DRCC has resurrected an air quality program that was originally an EPA Environmental Justice Collaborative Problem Solving Grant from 2014-2016.  In order to improve the health of Duwamish Valley residents, the *Duwamish Valley Clean Air Program* goals are to: 1. Reduce air pollution (indoor and outdoor); 2. Engage interested partners/collaborators;   3. Build community capacity; and 4.  Develop an evaluation method to measure success.   We will use the funds to:
- Strategize on our *Clean Air* approach;
- Develop agendas;
- Develop meeting materials and presenting at meetings;
- Analyze meeting materials;
- Work on health related issues and communicating with relevant partners;
- Collect updated information on health disparities (e.g. asthma);
- Work with a few partners on developing a quantitative and qualitative  evaluation to measure success; and
- Implement recommendations made by project partners.

JHA is a Seattle-based, not for profit organization (Tax ID 26-3032913) which advocates for reducing health inequities that result from social, economic, environmental, and political conditions. Through a social justice lens, we research and document health inequities and we lead interactive workshops to engage diverse groups to build skills towards systems level change. JHA is committed to sound fiscal management of this project.

 Please do not hesitate to contact me with questions or for additional information.

Sincerely,

C. Linn Gould, MS, MPH
Executive Director

# Attachment C

City of Seattle
Department of Construction and Inspections (Seattle DCI)

# PLAN COVERSHEET

*Updated 01/01/16*

INSTRUCTIONS: Complete all areas of sections 1 - 7 that pertain to your project. Please note that sections 8 - 14 are to be completed by Seattle DCI staff.
*Mac users fill out this form with Acrobat not Reader

## 1. APPLICANT INFORMATION

PROJECT ADDRESS: 701 SOUTH ORCHARD STREET — PROJECT #: 6745050

DESCRIPTION OF WORK: Construction of a steel braced frame to support netting that will be designed by others, including attachment, to disrupt wind flow which disperses dust. The braced frame is an independent structure supported on micropiles.

OWNER: Shalmar 08, LLC — ADDRESS: 601 MYRTLE STRETT, SEATTLE, WA 98134
PHONE: (206) 682-0040 — E-MAIL: ALANS@SEAIRON.COM
CONTACT PERSON: Jackie Celin — ADDRESS: 1601 5th Ave, Suite 1600, Seattle, WA 98101
PHONE: 206-622-5822 — FAX: — E-MAIL: JACKIE.CELIN@KPFF.COM
PREVIOUS RELATED MUPs:
RELATED STANDARD PLANS:

## 2. LAND USE CODE INFORMATION

ZONE: IG1 U/85 — ASSESSOR'S PARCEL NO.: 2136200380
OVERLAY ZONING: GREATER DUWAMISH (MANUFACTURING INDUSTRIAL)
HISTORIC OR LANDMARK DISTRICT: N/A
SHORELINE ZONE: N/A — [ ] Exempt [ ] Requires Shoreline review
SEPA: N/A — [ ] Exempt [ ] Requires review

DESIGN REVIEW? [ ] Yes [X] No
If yes, please provide: Planner — Planner's phone no.

| EXISTING USE | SQ. FT. | PROPOSED USE | SQ. FT. |
|---|---|---|---|
| SALVAGE YARD | 87,117 | SALVAGE YARD | 87,117 |
| MANUFACTURING | 28,966 | MANUFACTURING | 28,966 |
| ACCESSORY OFFICE | 14,917 | ACCESSORY OFFICE | 14,917 |

DEPARTMENT OF NEIGHBORHOODS CERTIFICATE OF APPROVAL REQUIRED? [ ] Yes [X] No
STREET/ALLEY IMPROVEMENTS OR WORK IN THE RIGHT OF WAY REQUIRED? [ ] Yes [X] No

PARKING SPACES
Existing — Onsite 42 — Offsite — Accessible 2
Proposed — Onsite 42 — Offsite — Accessible 2
Offsite Location

NUMBER OF DWELLING UNITS
Existing — Proposed New
Demolished — Live/Work
TOTAL

## 3. HOUSING UNIT OCCUPANCY

*DEFINITION: Housing unit means any dwelling unit, housekeeping unit, guest room, dormitory, or single room occupancy unit, and may include a residential unit in a commercial building, an artist's studio dwelling unit, or a live/work unit.*

**CHECK ONLY ONE BOX BELOW TO INDICATE HOUSING OCCUPANCY AT DATE OF PERMIT APPLICATION.**

- [ ] Unit(s) unoccupied
- [ ] Unit occupied by property owner
- [X] No units on property
- [ ] Unit(s) on property not affected by permit scope
- [ ] Unit(s) occupied by residential tenant
- [ ] Do not know
- [ ] Refer to property owner/tenant assistance

**I certify, under penalty of perjury under the laws of the State of Washington, that the above information is true and correct.**

[signature] — Jacqueline Celin/Applicant — 08/25/2020 — 1601 5th Ave, Seattle, W
Owner/Applicant Signature — Printed Name — Date — Place

## 4. GROUND DISTURBANCE

GROUND DISTURBANCE [X] Yes [ ] No — Excavation - cubic yards: 16 — Maximum height: 3 ft
Fill - cubic yards: — Maximum height:
DISPOSAL SITE [ ] Outside City of Seattle [ ] Inside City of Seattle — Address and/or permit #

**Erosion control is required PRIOR to any ground disturbance.** Please refer to Construction Stormwater Control and Soil Amendment Standard Plan.

## CUSTOMER ALERT!

**Site Inspection Required Prior to First Ground Disturbance - Call (206) 684-8900**
A Seattle DCI site inspection is required prior to any ground disturbance related to this permit, including clearing, grubbing or grading.

**Preconstruction Conferences, When Required - Call (206) 684-8860**
A Seattle DCI preconstruction conference should be scheduled prior to beginning work. A conference is required for the following types of work:
1. When any special inspections are indicated on the plan
2. When land use or design review conditions are indicated on the plan
3. When a Seattle DCI plans examiner specifies on plans unusual or complex inspection or occupancy requirements

**Rules for Ufer Grounds - Call (206) 684-5383**
If you have any questions or concerns regarding the rules (2005 NEC) for installation of ufer grounds, please contact Seattle DCI's Electrical Technical Backup Monday - Friday, 7:00 a.m. to 4:30 p.m.

**Required SDOT Permits and Inspections**
*Street Tree Inspections*
Protection and/or planting/pruning/removal of street trees requires Seattle Department of Transportation (SDOT) inspection and approval. Call prior to construction: Commercial/Multifamily Zones, (206) 684-5693; Single Family Zones, (206) 684-7997
*Street Use Permits* Call prior to construction: (206) 684-5283

**Water Service Inspection by SPU Required**
All water service piping on property must be inspected prior to backfilling trench. For information and inspection, call Seattle Public Utilities (SPU) at (206) 684-5800. For water quality backflow protection information and inspection, call SPU at (206) 684-3536.

**Waste Diversion Report to be submitted to SPU -** Projects >750 square feet must submit a Waste Diversion Report to SPU within 60 days of DCI project final inspection approval. For information and submittal document: **http://www.seattle.gov/util/ForBusinesses/Construction/CDWasteManagement/RecyclingRequirements/WasteDiversionReport/index.htm**

## 5. BUILDING CODE INFORMATION

MULTIPLE BUILDINGS IN THIS PROJECT? [ ] Yes [X] No
If yes, fill out separate sheets and attach. Shown on plan sheet: N/A

CODE USED FOR DESIGN (select one)
- [X] 2015 Seattle Building Code
- [ ] 2015 Seattle Residential Code
- [ ] 2015 SBC (struct) and 2015 SRC (arch)

PROVIDE THIS INFORMATION FOR EVERY BUILDING IN YOUR PROJECT
DCI building ID (see building data sheet)
Existing # of above-grade stories: N/A — Proposed # of above-grade stories: N/A — Mezzanines? [ ] Yes [X] No
Existing # of below-grade stories: N/A — Proposed # of below-grade stories: N/A — Location: N/A
Building code type of construction

| FLOOR LEVEL | GROUP | OCCUPANCY/USE | FLOOR AREA | SPRINKLER (Y/N) | OTHER FIRE PROTECTION |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

Remodel: Construction project value $
Sprinklers [ ] NFPA 13 [ ] NFPA 13 R [ ] Partial system [ ] Fire alarm [ ] Other system Type
Change of occupancy [ ] Yes [X] No From To
Posted occupancy

EMERGENCY SYSTEMS PROVIDED
[ ] Elevator pressurization [ ] Exit and pathway lighting [ ] Stairway pressurization [ ] Smoke removal system [ ] Emergency generator

## 6. ENERGY/MECHANICAL CODE

[ ] HVAC mechanical system is NOT included with this application (If mechanical drawings are included with plans, please stamp "for reference only")
[ ] HVAC mechanical system IS included with this application — Mechanical System Value$

GENERAL PROJECT INFORMATION
SCOPE OF CONSTRUCTION: [ ] New construction [ ] Addition [ ] Alteration [ ] Substantial alteration (SBC CH 34)
APPLICABLE OCCUPANCY: [ ] Single-family/duplex/townhouse [ ] Multi-family 1-3 stories [ ] Multi-family 4+ stories [X] Non-residential

| BUILDING ENVELOPE COMPLIANCE | HEATED | SEMI-HEATED | UNHEATED |
|---|---|---|---|
| [ ] Existing Envelope - no change | [ ] | [ ] | [ ] |
| [ ] Existing Envelope - altered | [ ] | [ ] | [ ] |
| [ ] New Envelope | [ ] | [ ] | [ ] |

SCOPE OF MECHANICAL WORK

LOCATION OF DUCTWORK OR MECHANICAL EQUIPMENT
[ ] Interior [ ] Exterior ground mounted [ ] Rooftop [ ] Exterior wall mounted
MECHANICAL-ONLY PERMIT
Related building permit project #

COMMERCIAL BUILDINGS (Non-residential, R1 lodging, and Multi-family four stories and greater)
COMPLIANCE PATH: [ ] Prescriptive SEC C402.1 [ ] Component Performance UA/SHGCA/VTA SEC C402.1.3 [ ] Total building performance (TBP) SEC C407 [ ] Target performance path (TPP) SEC C402.1.5
OTHER MECHANICAL EQUIPMENT INCLUDED IN THIS APPLICATION
[ ] Commercial kitchen hood exhaust system [ ] Fume hood [ ] Spray paint booth [ ] Other Specify:

RESIDENTIAL BUILDINGS (Single family, duplex, townhouse, and multi-family 3 stories or less)
COMPLIANCE PATH: [ ] Prescriptive [ ] Total UA alternative [ ] Simulated performance alternative
Heating Equipment: Minimum Size: Maximum Size: Energy Credit (Table R406.2) Option:

DOCUMENTS INCLUDED
[ ] Residential equipment sizing calc (unit by unit) [ ] Non-residential cooling and heating load (for other than Group R)
[ ] Target UA/SHGCA/VTA Calculation [ ] Structural load calculation (for mechanical equipment) [ ] Commercial kitchen hood worksheet
[ ] TBP or TPP Report [ ] Noise compliance report (for mechanical equipment) [ ] Other:

## 7. PRIORITY GREEN

**(www.seattle.gov/sdci/prioritygreen)**
**Prior approval to participate in Priority Green is required. The following does not establish Priority Green status.**

**PRIORTY GREEN EXPEDITED**
**Screening required prior to building permit intake appointment.**
*Rating anticipated:*
Built Green: [ ] 4 star [ ] 5 star
LEED: [ ] Gold [ ] Platinum
Seattle DCI Alternative Path for Single Family: [ ] Using 3.5 credits for SEC Table 9-1

**PRIORTY GREEN FACILITATED**
**Screening required prior to building permit or MUP intake appointment.**
*Rating anticipated:*
[ ] Priority Green Building Matrix - 10 points
[ ] Living Building Challenge
[ ] Built Green 5 Star + 2030 Challenge
[ ] LEED Platinum + 2030 Challenge
*Other:*
[ ] Target Performance Path Compliance Method

## 8. LAND USE CONDITIONS (Seattle DCI staff use only)

Assigned planner — Phone

NEW CURB CUT REQUIRED [ ] Yes [ ] No [ ] Residential [ ] Commercial

## 9. SPECIAL INSPECTIONS (Seattle DCI staff use only)

## 10. DRAINAGE & SEWER REVIEW (Seattle DCI staff use only)

**SEATTLE DCI SEWER AND DRAINAGE REVIEW DESK: (206) 684-5362 or sidesewerinfo@seattle.gov**

DRAINAGE REVIEW REQUIRED? [ ] Yes [ ] No
[ ] Flow control required
[ ] Impervious surface this project (new or replaced) in sq. ft.
[ ]

**NOTE: The drainage system shown in these plans may be changed at the time of side sewer permit issuance to meet standard plans and methods.**

SIDE SEWER REVIEW REQUIRED? [ ] Yes [ ] No
[ ] No conflict with side sewer
[ ] Construction conflicts with applicant's side sewer. Contact Public Health Department at (206) 233-7914
[ ] Construction conflicts with side sewer serving another property. Contact Seattle DCI Sewer and Drainage Review Desk at (206) 684-5362
[ ]
Reviewed by — Date

**NOTE: A separate side sewer permit is required from Seattle DCI for ALL new drainage and sewer installations. For more information, call the Sewer and Drainage Review Desk at (206) 684-5362 or sidesewerinfo@seattle.gov.**

## 11. ENVIRONMENTALLY CRITICAL AREAS INFO (Seattle DCI staff use only)

ENVIRONMENTALLY CRITICAL AREAS (ECA)
[X] Site is not located in ECA
[ ] Mapped ECA designation [ ] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 [ ] 8 [ ] 9 [ ] 10 [ ] 11
[ ] ECA identified by pre-application site visit report as
[X] ECA exemption (see review details in Hansen)
Reviewed by — Date
[ ] Denied [ ] Granted Type
[ ] Small project waiver
New development coverage this permit (sq. ft.)
Previous development coverage (after 10/31/92) — Permit # — Sq. ft.
Permit # — Sq. ft.
Total

## 12. SHOP DRAWINGS, KEY AREA INSPECTION & BUILDING CONDITIONS (Seattle DCI staff use only)

Sprinkler drawings required for: [ ] NFPA 13 [ ] NFPA 13 R [ ] Partial system Location [ ] Fire alarm
Required shop drawings/key area inspections:

## 13. PERMIT ISSUANCE AUTHORIZATION (Seattle DCI staff use only)

| REVIEW LOCATION | APPROVAL INITIALS | DATE | NOTES |
|---|---|---|---|
| ZONING (incl. street improvements) | | | |
| CURB CUT | | | |
| ORDINANCE | | | |
| STRUCTURAL | | | |
| ENERGY | | | |
| MECHANICAL | | | |
| DRAINAGE | | | |
| ECA | | | |
| GRADING | | | |
| WATER (SPU) | | | |
| FIRE | | | |
| HEALTH (King County) | | | |
| NOISE | | | |
| CONVEYANCE/ELEVATOR | | | |
| SHORING (SDOT) | | | |
| STREET IMPROVEMENT (SDOT) | | | |
| PARKS | | | |
| PROTECTED DISTRICTS (DON) | | | |
| SEPA EXEMPTION | | | |
| LAND USE | | | |

## 14. DEPARTMENT SIGN OFFS (Seattle DCI staff use only)

ISSUED BY — DATE

BUILDING PLANS EXAMINER — MECHANICAL PLANS EXAMINER — DATE RECEIVED AT INTAKE

# DESIGN CRITERIA

**DEAD LOADS:**

SELF WEIGHT OF ALL MATERIALS.

**SEISMIC LOADS:**
PIPE BRIDGE SEISMIC FORCE RESISTING SYSTEM IS ORDINARY MOMENT FRAME AND ORDINARILY CONCENTRICALLY BRACED FRAME.
SERVICE ISLAND PIPE RACK SEISMIC FORCE RESISTING SYSTEM IS SPECIAL CANTILEVER COLUMN SYSTEM.
SITE CLASS D.
RISK CATEGORY II
SEISMIC DESIGN CATEGORY D.

$S_s = 1.57g$
$S_1 = 0.589g$
$S_{DS} = 1.07g$
$S_{D1} = 0.57g$

**WIND LOADS:**
EXPOSURE CATEGORY C
$V = 100$ mph
$K_{zt} = 1.0$

$K_z = 1.09$
$K_d = 0.85$
$G = 1.09$

# GENERAL

THESE NOTES CONTAIN GENERAL INFORMATION AND ARE NOT COMPLETE FOR CONSTRUCTION PURPOSES. CONTRACTOR SHALL VERIFY INFORMATION GIVEN HERE AND OTHER DOCUMENTS AND BRING ANY CONFLICTS TO THE ATTENTION OF SIM BEFORE BEGINNING AFFECTED WORK. THE ENGINEER WILL RESOLVE ANY SUCH CONFLICT.

1. ALL DIMENSIONS AND DETAILS WILL BE VERIFIED BY THE CONTRACTOR PRIOR TO FABRICATION AND CONSTRUCTION.

2. ALL SHOP DRAWINGS AND DETAILS FOR PRECAST CONCRETE ELEMENTS, REINFORCING STEEL, AND MISCELLANEOUS STEEL, SHALL BE SUBMITTED TO AND REVIEWED BY THE ENGINEER PRIOR TO FABRICATION.

# CODES AND STANDARDS

1. STRUCTURAL:

A. ALL METHODS AND MATERIALS SHALL CONFORM TO THE SEATTLE BUILDING CODE, 2015 EDITION.

B. REINFORCED CONCRETE WORK SHALL CONFORM TO THE REQUIREMENTS OF ACI 301-10 "SPECIFICATIONS FOR STRUCTURAL CONCRETE" AND ACI 318-14 "BUILDING CODE REQUIREMENTS FOR STRUCTURAL CONCRETE."

C. STRUCTURAL AND MISCELLANEOUS STEEL FABRICATION AND ERECTION SHALL CONFORM TO THE AISC "CODE OF STANDARD PRACTICE FOR STEEL BUILDINGS AND BRIDGES" 2010.

D. WELDING OF STRUCTURAL AND MISCELLANEOUS STEEL SHALL CONFORM TO THE AWS D1.1, 2010.

E. WELDING OF REINFORCING STEEL SHALL CONFORM TO THE AWS D1.4, 2010.

# STRUCTURAL STEEL

1. ALL MISCELLANEOUS STEEL SHAPES AND PLATES, EXCEPT AS NOTED BELOW, SHALL CONFORM TO ASTM A 572, GRADE 50.

2. ALL HSS SHAPES SHALL CONFORM TO ASTM A500, GRADE C Fy = 50 KSI.

3. ALL ANCHOR BOLTS FOR STEEL-TO-STEEL CONNECTIONS SHALL BE ASTM A325K

4. HIGH STRENGTH BOLTS FOR STEEL-TO-STEEL CONNECTIONS SHALL BE ASTM A325K.

5. ALL NUTS SHALL BE ASTM A 563, UNLESS NOTED OTHERWISE.

6. ALL WASHERS SHALL BE ASTM F 436, UNLESS NOTED OTHERWISE.

# REINFORCED CONCRETE

1. REINFORCING STEEL:

A. ALL REINFORCING STEEL SHALL BE DEFORMED STEEL BARS CONFORMING TO ASTM A 615 – GRADE 60, EXCEPT AS NOTED.

B. LAP ALL REINFORCING BARS AS NOTED ON THE DRAWINGS. DEFORMED BAR LAP SPLICES SHALL CONFORM TO THE FOLLOWING, UNLESS OTHERWISE SHOWN.

## SCHEDULE OF MINIMUM LAP SPLICE LENGTHS

$f'_c = 5000$ PSI

| BAR SIZE | TOP BARS | OTHER BARS |
|---|---|---|
| #4 | 2'-5" | 1'-10" |
| #5 | 3'-0" | 2'-4" |
| #6 | 3'-7" | 2'-9" |
| #7 | 5'-3" | 4'-0" |
| #8 | 6'-0" | 4'-7" |
| #9 | 6'-9" | 5'-2" |
| #10 | 7'-7" | 5'-10" |
| #11 | 8'-5" | 6'-6" |

**NOTES:**

1. LENGTHS ARE BASED ON CLASS "B", CASE 1 SPLICES (MAX OF 50% OF BARS SPLICED AT ONE LOCATION).

2. TOP BARS ARE DEFINED AS ANY HORIZONTAL BAR PLACED SUCH THAT MORE THAN 12" OF FRESH CONCRETE IS CAST IN THE MEMBER BELOW THE BAR IN ANY SINGLE POUR.

3. STAGGER ALL LAP SPLICES IN ADJACENT BARS BY ONE LAP LENGTH +1'-0" MINIMUM.

4. NO MORE THAN 50% OF THE REINFORCING BARS IN ANY LAYER SHALL BE SPLICED AT ONE LOCATION.

C. REINFORCING SHALL BE SUPPORTED AS SPECIFIED BY THE PROJECT SPECIFICATIONS AND THE CRSI "MANUAL OF STANDARD PRACTICE" (MSP). REINFORCING STEEL SHALL BE DETAILED IN ACCORDANCE WITH "ACI DETAILING MANUAL," ACI SP-66.

D. ALL MECHANICAL REINFORCEMENT OF DISCONTINUITIES AND CONNECTIONS OF REINFORCING STEEL SHALL CONFORM IN ACCORDANCE WITH ACI SP-66, UNLESS SHOWN OTHERWISE.

2. CAST-IN-PLACE CONCRETE:

| | MINIMUM COMPRESSIVE STRENGTH AT 28 DAYS |
|---|---|
| A. CAST-IN-PLACE CONCRETE FOUNDATIONS | 5000 PSI |

3. ALL EXPOSED CORNERS SHALL BE CHAMFERED 3/4 IN.

4. CONSTRUCTION JOINTS SHALL BE PROVIDED ONLY AS NOTED ON THE DRAWINGS AND AS SPECIFICALLY PERMITTED BY THE ENGINEER.

5. CONCRETE MIXTURES SHALL CONFORM TO THE WEAR REQUIREMENTS OF ACI 318-14 FOR EXPOSURE CLASSES F3, S0, W0 & C2.

# WELDING

1. ALL WELDING SHALL BE PERFORMED BY WELDERS QUALIFIED FOR THE WELD AND POSITION SHOWN IN ACCORDANCE WITH AWS AND HAVING CURRENT CERTIFICATION FROM WABO.

2. ALL WELDS SHALL BE PERFORMED WITH PROCEDURES PREQUALIFIED OR QUALIFIED IN ACCORDANCE WITH AWS D1.1 AND D1.4.

3. THE WELDS SHOWN ARE FOR THE FINAL CONNECTIONS. FIELD WELDS SYMBOLS ARE SHOWN WHERE FIELD WELDS ARE REQUIRED BY THE STRUCTURAL DESIGN. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING IF A WELD SHOULD BE SHOP- OR FIELD-WELDED IN ORDER TO FACILITATE THE STRUCTURAL STEEL ERECTION.

4. WELDING ELECTRODES SHALL BE 70 KSI STRENGTH AND SHALL BE "LOW-HYDROGEN" ELECTRODES.

# SPECIAL INSPECTION SCHEDULE

ESTABLISHED PER 2015 IBC SECTION 110 & CHAPTER 17

| ITEM | CONTINUOUS INSPECTION | PERIODIC INSPECTION | COMMENTS |
|---|---|---|---|
| **SOILS** | | | |
| GRADING, EXCAVATION & FILL | | X | |
| FINAL FOUNDATION PREPARATION | | X | |
| DRILLED SHAFT INSTALLATION | X | | BY GEOTECHNICAL ENGINEER OF RECORD |
| **CONCRETE** | | | |
| REINFORCING PLACEMENT | | X | |
| ANCHOR BOLTS & INSERTS | | X | |
| PREPARATION OF TEST SPECIMENS | | X | |
| CONCRETE PLACEMENT | X | | |
| CURING | | X | |
| **STRUCTURAL STEEL** | | | |
| FABRICATION & ERECTION | | X | |
| SINGLE PASS FILLET WELDS ≤ 5/16" | | X | REF. NOTE 5 |
| FILLET WELDS > 5/16" | X | | REF. NOTE 5 |
| PARTIAL/COMPLETE PENETRATION WELD | X | | REF. NOTE 6 |

# SPECIAL INSPECTION SCHEDULE NOTES

1. THE ITEMS CHECKED WITH AN "X" SHALL BE INSPECTED IN ACCORDANCE WITH IBC CHAPTER 17 BY A CERTIFIED INSPECTOR FROM AN ESTABLISHED TESTING AGENCY. FOR MATERIAL SAMPLING AND TESTING REQUIREMENTS, REFER TO PROJECT SPECIFICATION. WHERE STRUCTURAL NOTES AND THE NOTES BELOW, THE TESTING AGENCY SHALL SEND COPIES OF ALL STRUCTURAL TESTING AND INSPECTION REPORTS DIRECTLY TO THE ENGINEER. IF ANY MATERIALS, WHICH FAIL TO MEET THE PROJECT SPECIFICATIONS SHALL IMMEDIATELY BE BROUGHT TO THE ATTENTION OF THE ENGINEER. SPECIAL INSPECTION AND TESTING REQUIREMENTS APPLY EQUALLY TO ALL BIDDER DESIGNED COMPONENTS.

2. SPECIAL INSPECTION IS NOT REQUIRED FOR WORK PERFORMED ON THE PREMISES OF AN APPROVED FABRICATOR PER IBC SECTION 1704.2.5.2.

3. CONTINUOUS SPECIAL INSPECTION MEANS THAT THE SPECIAL INSPECTOR IS ON THE SITE AT ALL TIMES OBSERVING THE WORK REQUIRING SPECIAL INSPECTION (IBC 1702). PERIODIC SPECIAL INSPECTION MEANS THAT THE SPECIAL INSPECTOR IS ON SITE AT THE INTERVALS NECESSARY TO OBSERVE THE WORK REQUIRING SPECIAL INSPECTION IS IN COMPLIANCE.

4. INSPECTION REQUIREMENTS FOR SYSTEMS DESIGNED BY OTHERS SHALL BE DEFINED BY THE REGISTERED DESIGN PROFESSIONAL RESPONSIBLE FOR THEIR DESIGN.

5. ALL WELDS SHALL BE VISUALLY INSPECTED.

6. ALL COMPLETE PENETRATION WELDS SHALL BE TESTED ULTRASONICALLY OR BY USING ANOTHER APPROVED METHOD.

7. TPU WILL EMPLOY AND PAY FOR SPECIAL INSPECTION & TESTING SERVICES TO ENSURE COMPLIANCE WITH THE REQUIREMENTS OF THE CONTRACT DOCUMENTS. SEE SPECIFICATION FOR ADDITIONAL INFORMATION.

# ABBREVIATIONS

| | | | |
|---|---|---|---|
| ASTM | AMERICAN SOCIETY FOR TESTING MATERIALS | NPT | NATIONAL PIPE THREAD |
| AWS | AMERICAN WELDING SOCIETY | NS | NEAR SIDE |
| B/ | BOTTOM OF | PL | PROPERTY LINE |
| BP | BASEPLATE | PLCS | PLACES |
| CL | CENTERLINE | POC | POINT OF CONNECTION |
| CLR | CLEAR | R | RADIUS |
| CONC | CONCENTRIC | REF | REFERENCE |
| DEMO | DEMOLISH | SIM | SIMILAR |
| ECC | ECCENTRIC | SSH | SHORT SLOTTED HOLE |
| EL | EACH FACE | STD | STANDARD |
| EF | ELEVATION | SYM | SYMMETRICAL |
| EX | EXISTING | T/ | TOP OF |
| FDN | FOUNDATION | THK | THICKNESS |
| FT | FEET | THRU | THROUGH |
| HORIZ | HORIZONTAL | TYP | TYPICAL |
| HP | HIGH POINT | UNO | UNLESS NOTED OTHERWISE |
| HSS | HOLLOW STRUCTURAL SECTION | W/ | WITH |
| IBC | INTERNATIONAL BUILDING CODE | WF | WIDE FLANGE |
| IN | INCH | WHS | WELDED HEADED STUD |
| MAX | MAXIMUM | | |
| MIN | MINIMUM | | |
| MISC | MISCELLANEOUS | | |

# PILES

MICRODRILLS, MICROPILE LENGTHS SHALL BE ESTABLISHED AND PILE CAPACITIES SHALL BE VERIFIED BY THE CONTRACTOR IN ACCORDANCE WITH THE PROJECT SPECIFICATIONS. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN OF THE PILES AND THE PILE CONNECTIONS TO THE STRUCTURE. PILE LENGTHS SHOWN ON THE DRAWINGS ARE DESIGNED BY THE STRUCTURAL ENGINEER OF RECORD. THE MINIMUM STRUCTURAL ENGINEER WHO IS RESPONSIBLE FOR THE DESIGN. PILE DESIGN CAPACITIES INDICATED ON THE DRAWINGS. PILE CONNECTIONS SHALL BE ADEQUATE TO RESIST PILE TENSION AND COMPRESSION DESIGN LOADS INDICATED ON THE DRAWINGS. SEE PROJECT SPECIFICATIONS FOR ADDITIONAL INFORMATION.

**kpff**

1601 Fifth Avenue, Suite 1600
Seattle, Washington 98101
(206) 622-5822 · Fax (206) 622-8130

SUBMITTAL

PROJECT NO.: VALUE

DATE: 08/24/2020

SCALE: AS SHOWN

DRAWN: KGP
DESIGN: KGP
CHECKED: SMS
DRAWING NO.

SHEET NO.

**G1.1**

SHT __ of __ SHTS

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108

TROMMEL SCREEN FRAME
STRUCTURAL NOTES

Printed: Aug 21, 2020 – 4:29pm   Breonna   Layout: 01_G1.1 NOTES
L:\2020\2000019 SIM\___\kpff Trommel Screen Frame\3 – kpff Drawings\Current\01_G1.1 NOTES.dwg



SOUTH ORCHARD ST

701 YARD

EXISTING CONC PAD

TROMMEL SCREEN FRAME

N: 20007.53
E: 127223.13

N: 20001.59
E: 127224.58

N: 19993.60
E: 127223.30

N: 20007.96
E: 127226.33

**SITE PLAN**
SCALE: 1/8" = 1'-0"

BUILDING 701

REVISION

NO. | DATE | BY

**SUBMITTAL**

**SEATTLE IRON AND METALS**
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
PLAN

DRAWN: TRL | PROJECT NO: VALUE
DESIGN: XXX | SCALE: AS SHOWN
CHECKED: XXX | DATE: 08/24/2020
DRAWING NO:
SHEET NO.

**S1.1**
SHT OF SHTS

kpff
2601 North 31st Street, Suite 300
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

Plotted: Aug 21, 2020 − 4:26pm  filename: Layout: S1.0 SITE PLAN
N:\2020\2000079 SIM Trommel Screen Frame\Part 3 − KPFF Design\13 Drawings\Current\04_S1.0 SITE PLAN.dwg



**PLAN VIEW AT ELEVATION 0.00**
SCALE 1/8" = 1'-0"

**PLAN VIEW AT ELEVATION 50.0**
SCALE 1/8" = 1'-0"

**PLAN VIEW AT ELEVATION 18.5**
SCALE 1/8" = 1'-0"

**ISOMETRIC VIEW**
SCALE: NTS

| MARK | MEMBER | LENGTH |
|------|--------|--------|
| V1 | HSS 10x10x1/2 | |
| V2 | HSS 10x10x1/2 | |
| V3 | HSS 10x10x1/2 | |
| V4 | HSS 10x10x1/2 | |
| V5 | HSS 10x10x1/2 | |
| V6 | HSS 10x10x1/2 | |
| V7 | HSS 9x9x1/2 | |
| H1 | HSS 9x9x1/2 | |
| H2 | HSS 9x9x1/2 | |
| H3 | HSS 9x9x1/2 | |
| H4 | HSS 9x9x1/2 | |
| H5 | HSS 9x9x1/2 | |
| H6 | HSS 9x9x1/2 | |
| H7 | HSS 9x9x1/2 | |
| H8 | HSS 10x10x1/2 | |
| H9 | HSS 9x9x1/2 | |
| H10 | HSS 9x9x1/2 | |
| H11 | HSS 10x10x1/2 | |
| H12 | HSS 10x10x1/2 | |
| H13 | HSS 10x10x1/2 | |
| H14 | HSS 10x10x1/2 | |
| D1 | HSS 9x9x1/2 | |
| D2 | HSS 9x9x1/2 | |
| D3 | HSS 9x9x1/2 | |
| D4 | HSS 9x9x1/2 | |
| D5 | HSS 9x9x1/2 | |
| D6 | HSS 9x9x1/2 | |
| D7 | HSS 9x9x1/2 | |
| D8 | HSS 9x9x1/2 | |
| D9 | HSS 9x9x1/2 | |
| D10 | HSS 9x9x1/2 | |
| D11 | HSS 9x9x1/2 | |
| D12 | HSS 9x9x1/2 | |

**kpff**
2401 North 31st Street, Suite 200
Tacoma, Washington 98407
(253) 396-0150 · Fax (253) 396-0562

SUBMITTAL

| DRAWN: TRL | PROJECT NO: VALUE |
| DESIGN: KDP | SCALE: AS SHOWN |
| CHECKED: SMS | DATE: 08/24/2020 |
| DRAWING NO: | **S2.0** |
| | SHT of SHTS |

**SEATTLE IRON AND METALS**
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
PLAN VIEWS

| NO. | DATE | BY | REVISION |
|-----|------|----|-----|



SUBMITTAL

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
ELEVATIONS 1

DRAWN: TRL    PROJECT NO: VALUE
DESIGN: KDP   SCALE: AS SHOWN
CHECKED: SMS  DATE: 08/24/2020
DRAWING NO:

S3.0
SHT    OF  SHTS
SHEET NO.

kpff
2601 North 31st Street, Suite 300
Tacoma, Washington 98407
(253) 396-0150 · Fax (253) 396-0362

**(A) ELEVATION AT LINE 1**
SCALE 1/8" = 1'-0"

**(B) ELEVATION AT LINE 2**
SCALE 1/8" = 1'-0"



**C** ELEVATION AT LINE A
S2.0   SCALE: 3/16" = 1'-0"

**D** ELEVATION AT LINE B
S2.0   SCALE: 3/16" = 1'-0"

**E** ELEVATION AT LINE C
S2.0   SCALE: 3/16" = 1'-0"

SUBMITTAL

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
ELEVATIONS 2

DRAWN: TRL   PROJECT NO: VALUE
DESIGN: KQP   SCALE: AS SHOWN
CHECKED: SMS   DATE: 08/24/2020
DRAWING NO:
SHEET NO:

S3.1
SHT    OF    SHTS

kpff



SUBMITTAL

DRAWN: TRL    PROJECT NO: VALUE
DESIGN: KCP   SCALE: AS SHOWN
CHECKED: SMS  DATE: 06/24/2020
DRAWING NO:
SHEET NO:    SHT    OF    SHTS

S4.0

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
DETAILS

kpff
2601 North 31st Street, Suite 300
Tacoma, Washington 98407
(253) 396-0150 · Fax (253) 396-0162

Plotted Aug 21, 2020 - 4:29pm  tferrons  Layout: 04_S4.0 DETAILS 1
E:\2020\V200009 SIM Trommel Screen Frame\Part 3 - KPFF Design\13 Drawings\Current\04_S4.0 DETAILS 1.dwg

DETAIL - WT5x38.5
SCALE: 1 1/2" = 1'-0"

GUSSET PLATE CONNECTION - TYPE 3
SCALE: 1" = 1'-0"

WT5x38.5 OFFSET
SCALE: 1 1/2" = 1'-0"

WT5x38.5 MODIFICATION
SCALE: 3" = 1'-0"

SHEAR PLATE @ 9" BEAM
SCALE: 1 1/2" = 1'-0"

GUSSET PLATE CONNECTION - TYPE 2
SCALE: 1" = 1'-0"

SHEAR PLATE @ 10" BEAM
SCALE: 1 1/2" = 1'-0"

GUSSET PLATE CONNECTION - TYPE 1
SCALE: 1" = 1'-0"



NOTES:
1. FOOTING REINF. NOT SHOWN FOR CLARITY.
2. TIEDOWN ANCHOR TESTING PER SPECIFICATIONS.
3. MICROPILES SHALL BE A MINIMUM OF 8" DIA.
4. COBBLES AND BOULDERS SHALL BE ANTICIPATED DURING DRILLING.
5. SIM COND @ 8" BATTER PILES

## 1 DETAIL - MICROPILE/TIEDOWN ANCHOR
SCALE: 1 1/2" = 1'-0"

## 1 TYPICAL MICROPILE DETAIL
SCALE: NTS

NOTES:
1. MINIMUM REQUIRED SERVICE COMPRESSION AND TENSION CAPACITY = 70 TONS.

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
FOUNDATION DETAILS

DRAWN: TRL
DESIGN: KCP
CHECKED: SMS
DRAWING NO.

PROJECT NO: VALUE
SCALE: AS SHOWN
DATE: 08/24/2020

SUBMITTAL

S5.0
SHT     of    SHTS
SHEET NO.

kpff
2601 North 31st Street, Suite 200
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162



**1 DETAIL – MICROPILE/TIEDOWN ANCHOR**
SCALE: 1 1/2" = 1'-0"

NOTES:
1. FOOTING REINF NOT SHOWN FOR CLARITY.
2. TIEDOWN ANCHOR TESTING PER SPECIFICATIONS.
3. MICROPILES SHALL BE A MINIMUM OF 8" DIA.
4. COBBLES AND BOULDERS SHALL BE ANTICIPATED DURING DRILLING.
5. SIM COND @ BATTER PILES

**1 TYPICAL MICROPILE DETAIL**
SCALE: NTS

NOTES:
1. MINIMUM REQUIRED SERVICE COMPRESSION AND TENSION CAPACITY = 70 TONS

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
FOUNDATION DETAILS

DRAWN: TRL
DESIGN: KCP
CHECKED: SMS
DRAWING NO.

PROJECT NO: VALUE
SCALE: AS SHOWN
DATE: 08/24/2020

**S5.0**
SHT ___ of ___ SHTS
SHEET NO.

SUBMITTAL



SUBMITTAL

SEATTLE IRON AND METALS
701 S ORCHARD ST, SEATTLE WA 98108
TROMMEL SCREEN FRAME
LINE 2
LINE 3

DRAWN: TRL
DESIGN: KDP
CHECKED: SMS
DRAWING NO.

PROJECT NO: VALUE
SCALE: AS SHOWN
DATE: 08/24/2020

X-##.#
SHT  OF  SHTS
SHEET NO.

REVISION
NO.  DATE  BY

kpff
2407 North 31st Street, Suite 200
Tacoma, Washington 98407
(253) 396-0150  Fax (253) 396-0162

Printed: Aug 21, 2020 - 4:29pm  Itemons  Layout: 04_SS1 FOUND DET 2
N:\2020\2000079 SIM  Trommel Screen Frame\Part 3 - KPFF Design\13 Drawings\Current\04_SS1 FOUND DET 2.dwg

# Attachment D



**SEATTLE IRON & METALS CORP.**
*RESTRICTED & APPROVED TRUCK TRAFFIC ROUTES*

 Seattle Iron & Metals

 Restricted Routes (AVOID driving here)

Approved Routes

Date: Jan 15, 2019 Base
Map: Google Earth

Seattle Iron & Metals Corp.
South Myrtle Street
Seattle WA, 98108


SEATTLE IRON & METALS CORP.

# Attachment E

105 South Main Street, #235
Seattle, Washington 98104

206.332.9900
seattleparksfoundation.org

*Connecting Seattle through Public Space*

8/12/20

To Whom it may Concern:

This letter is intended to provide assurance that I have received the Consent Decree between Puget Soundkeeper Alliance and Seattle Iron and Metals and that I am authorized on behalf of Seattle Parks Foundation to make the following binding commitments:

1. I understand that Seattle Parks Foundation will receive funds from Seattle Iron and Metals as specified in the Consent Decree.
2. Seattle Parks Foundation will use these funds for advancing the design for water quality improvements at Gateway Park N.
3. Seattle Parks Foundation will not use any money it receives under the Consent Decree for lobbying purposes.

Seattle Parks Foundation is the fiscal sponsor for the Georgetown Open Space Committee who is leading a business-community-government-NGO collaborative addressing water quality by developing community driven green infrastructure in the street right-of-way at the end of 8th Ave S. Community-based organizations are leading the design, permitting and installation of green stormwater infrastructure and are providing educational and job opportunities that improve the environmental wellbeing and promote public health education for people who live, work and play nearby.

The project has been designed to 30% and will use additional funds for additional design development that ties the shoreline restoration with the upland area and knits together the parcels owned by different agencies with engineering level specificity. This level of design, which includes review by public sector entities brings the project closer to "shovel-readiness." The overall project improves public access to the River, improves shoreline habitat, and reduces polluted run off from entering the River.

Seattle Parks Foundation (Tax ID 91-1998597) provides 501(c)(3) tax-exempt status and a suite of accounting, insurance, fundraising, and communications services to community groups that are leading park and public space projects across the city. We manage restricted and general-purpose funds for donors who want to make long-term investments in Seattle's parks and public spaces and support large-scale community park planning and development such as Gateway Park N. in Georgetown. We are committed to sound fiscal management and as a nonprofit organization are audited annually.

Please do not hesitate to contact me with questions or for additional information.

Sincerely,

*Thatcher Bailey*

Thatcher Bailey, President and CEO

SEATTLE **PARKS** FOUNDATION