1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

   Plaintiff,

  v.

SEATTLE IRON & METALS CORP.,

   Defendant.

Case No. C12-1201-RSM

STIPULATED MOTION AND ORDER
TO ADJUST BRIEFING SCHEDULE

   Pursuant to LCR 7(d)(1), Plaintiff Puget Soundkeeper Alliance ("Soundkeeper") and Defendant Seattle Iron & Metals Corp. ("SIMC") submit this Stipulated Motion to Adjust Briefing Schedule, Dkt. #106.  The parties met and conferred regarding the response and reply deadlines relating to Soundkeeper's Motion to Enforce and Modify Consent Decree (Dkt. #102), which has been re-noted for December 18, 2025, and jointly submit the following requested briefing schedule:

   SIMC'S Response to Soundkeeper's Motion to Enforce and Modify Consent Decree shall be filed no later than December 5, 2025; and

   Soundkeeper's Reply in Support of Motion to Enforce and Modify Consent Decree shall be filed no later than December 18, 2025.

STIPULATED MOTION AND ORDER
TO ADJUST BRIEFING SCHEDULE - 1

1    It is so ORDERED.

2    DATED this 3rd day of December, 2025.

3

4    _____
     RICARDO S. MARTINEZ
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER
TO ADJUST BRIEFING SCHEDULE - 2