UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POLSKIE LINIE LOTNICZE LOT S.A.,

　　　　　Plaintiff,

　　v.

THE BOEING COMPANY,

　　　　　Defendant.

Case No. C12-1201-RSM

ORDER GRANTING MOTION TO
WITHDRAW AS ATTORNEY

This matter comes before the Court on the Moton to Withdraw as Counsel for the Interested Parties, Seattle Iron and Metals Export, Inc., Shalmar 11 LLC, Shalmar 08 LLC, Shalmar 95 LLC, The Shalmar Group LLC, and 730 Myrtle LLC, pursuant to LCR 83.2. Dkt. #114. Counsel states that they have contacted these Interested Parties, who have not been named as parties and no longer have any interest in this case, and they have agreed to this withdrawal.

Accordingly, having considered the instant Motion and remainder of the record, the Court hereby finds and ORDERS that the Motion to Withdraw, Dkt. #114, is GRANTED.

DATED this 12th day of February, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY - 1