HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,       )     Case No. 2:12-cv-01201-RSM
                                  )
            Plaintiff,            )     STIPULATED MOTION AND ORDER
                                  )     TO EXTEND DEADLINE
v.                                )
                                  )
SEATTLE IRON & METALS CORP.,      )     Note on Motion Calendar:
                                  )     **March 26, 2026**
            Defendant.            )
_____ )

Pursuant to LCR 7(d)(1), Plaintiff Puget Soundkeeper Alliance ("Soundkeeper") and defendant Seattle Iron & Metals Corp. ("SIMC") submit this Stipulated Motion to Extend Deadline. The Court's March 13 Order orders defendant SIMC to "pay for Soundkeeper's costs, including reasonable attorneys' fees, incurred in enforcing the Consent Decree" and directs Soundkeeper to file an accounting of its fees by this Friday, March 27. Dkt. 116.

The parties are trying to settle the fee payment among themselves and respectfully request a two-week extension of the deadline for Soundkeeper to file an accounting to allow for the settlement discussions.

The parties jointly request that the Court extend the deadline for Soundkeeper's accounting of fees to April 10, 2026.

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE - 1
Case No. 2:12-cv-01201-RSM

SMITH & LOWNEY, PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

DATED: March 26, 2026.

SMITH & LOWNEY, PLLC

*/s/ Katelyn Kinn*
Claire E. Tonry, WSBA No. 44497
Katelyn Kinn, WSBA No. 42686
2317 E. John St.
Seattle, WA 98112
Phone: (206) 860-2883
Fax: (206) 860-4187
Email: claire@smithandlowney.com
Email: katelyn@smithandlowney.com
*Attorneys for Puget Soundkeeper Alliance*


HILLIS CLARK MARTIN & PETERSON P.S.

*/s/ Matthew Stock*
Matthew J. Stock, WSBA No. 40223
999 Third Avenue, Suite 4600
Seattle, WA 98104
Phone: (206) 623-1745
Fax: (206) 623-7789
Email: matthew.stock@hcmp.com
*Attorney for Seattle Iron & Metals, Corp.*

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE - 2
Case No. 2:12-cv-01201-RSM

## ORDER

It is so ORDERED.

Dated: March 26th, 2026.

_____
HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE - 3
Case No. 2:12-cv-01201-RSM