UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE IRON & METALS CORP.,<br><br>Defendant. | Case No. C12-1201-RSM<br><br>ORDER EXTENDING CONSENT DECREE |

This matter comes before the Court *sua sponte*. On September 15, 2026, the Court extended the parties' Consent Decree until November 10, 2026, in order to consider all of the parties' pending motions. Dkt. #145. Similarly, and finding good cause, the Court hereby ORDERS that the Consent Decree is extended until December 1, 2026. *See* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent.").

DATED this 10th day of November, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE